Summons in a Civil Action (Rev 11/97)

**FILED**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

07 DEC -7 PM 4: 02

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

A. J. OLIVER,
Plaintiff,

BY: *P90V*      DEPUTY

**vs**

**SUMMONS IN A CIVIL ACTION**

RALPHS GROCERY COMPANY
dba FOOD 4 LESS #780; CYPRESS
CREEK CO., LP dba PTC
INVESTMENTS COMPANY,
Defendants.

Case No.

'07 CV  2 3 0 1 JLS. POR

TO: (Name and Address of Defendant)

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY .

Lynn Hubbard, III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

     An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
     by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**DEC - 7 2007**

P. DE LA CRUZ

DATE

By                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)