1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL DRURY (SBN 177993)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email: hurleyg@gtlaw.com; drurym@gtlaw.com

6
   Attorneys for Defendant,
7  FOOD 4 LESS OF CALIFORNIA, INC.
   (erroneously sued as Ralphs Grocery Company
8  dba Food 4 Less #780)

9
                   **UNITED STATES DISTRICT COURT**
10
                   **SOUTHERN DISTRICT OF CALIFORNIA**
11

12  | | |
    |---|---|
    | A.J. Oliver, | CASE NO. 07 CV 2301 JLS POR |
    | Plaintiff, | |
    | vs. | **DEFENDANT FOOD 4 LESS OF CALIFORNIA, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
    | RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY, | |
    | Defendants. | |

1  The undersigned, counsel of record for Defendant FOOD 4 LESS OF
2  CALIFORNIA, INC. certifies that the following listed parties are known to counsel to
3  have a direct, pecuniary interest in the outcome of this case.
4      1.    The Kroger Company                             Defendant
5      2.    Food 4 Less of California Inc.                  Defendant

DATED: January 14, 2008          GREENBERG TRAURIG, LLP

                                      By /s/ Michael Drury
                                           Gregory F. Hurley
                                           Michael Drury
                                           Attorneys for Defendant FOOD 4 LESS OF
                                           CALIFORNIA, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **DEFENDANT FOOD 4 LESS OF CALIFORNIA, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on January 14, 2008, at Irvine, California.

/s/ Michael Drury
Signature

PROOF OF SERVICE                                            Case No. 07 CV-2301 JLS POR
OC 286,212,374v1 1/14/2008