1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL DRURY (SBN 177993)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email: hurleyg@gtlaw.com; drurym@gtlaw.com

6
   Attorneys for Defendant,
7  Ralphs Grocery Company dba Food 4 Less #780

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | A.J. Oliver,                          | CASE NO. 07 CV 2301 JLS POR |
12 |                Plaintiff,             |                             |
13 | vs.                                   |                             |
14 |                                       | **DEFENDANT RALPHS GROCERY** |
15 | RALPH'S GROCERY COMPANY               | **COMPANY'S  AMENDED**      |
   | dba FOOD 4 LESS #780; CYPRESS         | **DISCLOSURE STATEMENT**    |
16 | CREEK CO., LP dba PTC                 | **PURSUANT TO FRCP 7.1**    |
   | INVESTMENTS COMPANY,                  |                             |
17 |                                       |                             |
18 |                Defendants.            |                             |

19
20
21
22
23
24
25
26
27
28

AMENDED DISCLOSURE STATEMENT                    Case No. 07 CV-2301 JLS POR
*OC 286,212,374v1 1/15/2008*

1  The undersigned, counsel of record for Defendant FOOD 4 LESS OF
2  CALIFORNIA, INC. certifies that the following listed parties are known to counsel to
3  have a direct, pecuniary interest in the outcome of this case.
4      1.    The Kroger Company    Defendant
5      2.    Food 4 Less of California Inc.    Defendant
6      3.    Ralphs Grocery Company    Defendant

DATED: January 15, 2008    GREENBERG TRAURIG, LLP

By /s/ Michael Drury
Gregory F. Hurley
Michael Drury
Attorneys for Defendant Ralphs Grocery Company
dba Food 4 Less #780

1

AMENDED DISCLOSURE STATEMENT    Case No. 07 CV-2301 JLS POR
OC 286,212,374v1 1/15/2008

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612**.**

On the below date, I served: **DEFENDANT RALPHS GROCERY COMPANY'S <u>AMENDED</u> DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on January 15, 2008, at Irvine, California.

/s/ Michael Drury
Signature