| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: LYNN HUBBARD III<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | | |
| | Ref. No. or File No.:<br>OLIVER v. FOOD 4 LESS | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: A.J. OLIVER | | |
| Defendant: RALPHS GROCERY COMPANY dba FOOD 4 LESS #780, et al. | | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV2301 JLS (POR) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:                      RALPHS GROCERY COMPANY dba FOOD 4 LESS #780
   b. Person served:                   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
                                          2730 Gateway Oaks Drive
                                          Suite 100
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 24, 2007 (2) at: 1:00PM

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                              d. **The Fee** for Service was:    $33.00
   b. **ALL PRO ATTORNEY SERVICES**           e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                    (i) Owner
      SUITE 125                                   (ii) Registration No.:     87-010
      Sacramento, CA 95825                        (iii) County:              Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Dec. 26, 2007

Judicial Council Form                   PROOF OF SERVICE           (Jim Wardlow)
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS                                  hubbard.40333