Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>　　　Defendants. | Case No. 07cv2301 JLS (POR)<br><br>*Ex Parte* **Motion to Continue the Early Neutral Evaluation Conference**<br><br>Date:　February 12, 2008<br>Time:　10:00 a.m.<br>Ctrm:　H, 1st Floor |

1     On January 17, 2008, the parties were served with the Notice and Order for Early Neutral Evaluation Conference for this instant action.  The conference is currently scheduled for February 12, 2008.

    Plaintiff's counsel had prior travel arrangements to be out of the state from February 8 to 12, 2008 and will therefore be unavailable for the currently scheduled conference (*see* Exhibit A attached hereto).

    Additionally, plaintiff has not yet been able to serve defendant Cypress Creek Co., LP dba PTC Investments Company.  Plaintiff anticipates being able to serve this defendant within the next three weeks.

    For the foregoing reasons, plaintiff respectfully requests the Early Neutral Evaluation Conference be continued at least twenty-one (21) days to March 4, 2008 or a date more convenient to the Court.

Dated: January 24, 2008       LAW OFFICES OF LYNN HUBBARD

                               */s/ Lynn Hubbard, III, Esquire*
                               LYNN HUBBARD, III
                               Attorney for Plaintiff A.J. Oliver

# EXHIBIT A

**E-Ticket SM Receipt and Itinerary**

**YOUR ELECTRONIC TICKET WAS ISSUED**

**This Document is for reference only.**
Your electronic airline ticket is stored in our computer system. As with all airline tickets, your electronic ticket is not transferable.



**For Award Travel itineraries, if you are traveling within 14 days of booking, you will be subject to a non-refundable Close-in Processing fee of 50.00-75.00 USD per person. See award travel fees for more information.**

**Thank you for choosing United Airlines.**
If you need to change your booking request, please visit united.com.

**Click here to print this document**  Print e-receipt

**Issued:**  Wed, Jan 09, 2008    /CONXA
**United record locator:** VVC8XU

**Total price: USD 629.56**                                 View price breakdown

Fri, Feb 08, 2008 - Chico, CA (CIC) to Honolulu, HI (HNL)

| United 5793 | Depart: CIC 6:00  Arrive: SFO 7:06 | Non-stop 1h 6m Embraer 120 153 miles traveled | Fare basis code: VP142NA7 Booking class: V Economy 500 Award miles No Meal Service | **Flight:** Confirmed 09B |

<<< connecting to >>>

| United 73 | Depart: SFO 9:00  Arrive: HNL 12:31 | Non-stop 5h 31m Boeing 777 2,398 miles traveled | Fare basis code: VP142NA7 Booking class: NF First 2,398 Award miles Breakfast | **Flight:** Confirmed **Upgrade:** Confirmed 05E |

Tue, Feb 12, 2008 - Honolulu, HI (HNL) to Chico, CA (CIC)

| United 72 | Depart: HNL 7:30  Arrive: SFO 14:28 | Non-stop 4h 58m Boeing 767-300 2,398 miles traveled | Fare basis code: VO142NA7 Booking class: NF First 2,398 Award miles Breakfast | **Flight:** Confirmed **Upgrade:** Confirmed 02E |

<<< connecting to >>>

| United 5790 | Depart: SFO 16:15  Arrive: CIC 17:09 | Non-stop 54m Embraer 120 153 miles traveled | Fare basis code: VO142NA7 Booking class: V Economy 500 Award miles No Meal Service | **Flight:** Confirmed 09B |

PenaltyCXL BY FLT DATE OR NOVALUE
NONREF/CHG100PLUSFAREDIF/

**Additional information: Check-in information**
Please note that valid, government-issued photo identification must be presented at check-in.

**Payment details**
MPVISA xxxxxxxxxxxx0149                    USD 629.56
**Total Payment**                          **USD 629.56**

**Billing / Delivery information**

12 WILLIAMSBURG LANE
CHICO CA 95926
USA

## Party of 1

**Traveler**                               **HUBBARD/ LYNN**

| | |
|---|---|
| Ticket number | 0162169464953 |
| Mileage Plus number | 00115469380 |
| Base fare | USD 580.88 |
| Taxes & fees* | USD 48.68 |
| Total | USD 629.56 |

**Fare details:** FP VIXXXXXXXXXXXX0149 EXP / 7592D FC 8FEB CIC UA X/SFO UA HNL Q35.00 270.41VP142NA7/UAF UA X/SFO UA CIC Q35.00 240.47VO142NA7/UAF USD580.88END ZPCIC0SFOHNLSFO0 XT 10.00AY 7.00ZP 15.00XFCIC3SFO4.5HNL3SFO4.5

Baggage allowance - 2PC / 2PC / 2PC2PC

**Penalty:** NONREF-CHG100PLUSFAREDIF- CXL BY FLT DATE OR NOVALUE