1  Lynn Hubbard, III, SBN 69773
   Scottlynn J Hubbard, IV, SBN 212970
2  **Law Offices of Lynn Hubbard**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorney for Plaintiff

6

7

8

9

10

11              THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 A.J. OLIVER,                    ) Case No. 07cv2301 JLS (POR)
                                   )
15      Plaintiffs,                )
                                   ) **Notice of Withdrawal of**
16      vs.                        ) **Document**
                                   )
17                                 )
                                   )
18 RALPHS GROCERY COMPANY,         )
   et al.                          )
19                                 )
                                   )
20      Defendants.                )

21

22

23

24

25

26

27

28

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Notice of Withdrawal of Document

- 1 -

1  NOTICE IS HEREBY GIVEN that Plaintiff, A.J. Oliver ("plaintiffs")
2  hereby withdraws the document entered as Docket No. 9.  The parties will be
3  conducting a conference with Judge Porter's chambers, thus eliminating the
4  need for the submitted *Ex Parte* Motion.
5  Respectfully submitted,

7  Dated: January 23, 2008         LAW OFFICES OF LYNN HUBBARD

9                                   /s/ Lynn Hubbard, III, Esquire
10                                  LYNN HUBBARD, III
11                                  Attorney for Plaintiff A.J. Oliver

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Notice of Withdrawal of Document

- 2 -