1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL CHILLEEN (SBN 210704)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email:  hurleyg@gtlaw.com;
   chilleenm@gtlaw.com
6

7  Attorneys for Defendant,
   Ralphs Grocery Company DBA Food 4 Less #780
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

| A.J. Oliver,                                                                                                          | CASE NO. 07 CV 2301 JLS POR                                                        |
|---|---|
| Plaintiff,                                                                                                             |                                                                                    |
| vs.                                                                                                                    | **DEFENDANT RALPH'S GROCERY COMPANY'S NOTICE OF CHANGE OF ATTORNEY** |
| RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,                       |                                                                                    |
| Defendants.                                                                                                            |                                                                                    |

---

NOTICE OF CHANGE OF ATTORNEY                                     Case No. 07 CV-2301 JLS POR
OC 286,217,524v1 2/1/2008

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Michael Drury is no longer with Greenberg
3  Traurig, LLP, and no longer associated with this case.  Michael Chilleen will now be the
4  working attorney on this case.  We request that Mr. Drury be removed from the Court's
5  service list and from counsel's service list and be replaced with Mr. Michael Chilleen.

7  DATED: February 1, 2008            GREENBERG TRAURIG, LLP

9                                      By /s/ Gregory F. Hurley
10                                     Gregory F. Hurley
                                       Michael Chilleen
11                                     Attorneys for Defendant Ralphs Grocery
                                       Company, DBA Food 4 Less # 780

1

NOTICE OF CHANGE OF ATTORNEY                    Case No. 07 CV-2301 JLS POR
OC 286,217,524v1 2/1/2008

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **DEFENDANT RALPH'S GROCERY COMPANY'S NOTICE OF CHANGE OF ATTORNEY** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

*Attorney for Plaintiff, A.J. Oliver*

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
  In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**
  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on February 1, 2008, at Irvine, California.

                                            /s/ Gregory F. Hurley
                                                 Signature