UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| A.J. OLIVER, | Civil No. 07cv2301-JLS (POR) |
|---|---|
| Plaintiff, | **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |
| v. | |
| RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY, | |
| Defendants. | |

On January 31, 2008, counsel for both parties contacted the Court and requested that the Early Neutral Evaluation set for February 12, 2008 be rescheduled due to a scheduling conflict with Plaintiff's counsel. Based on discussions with counsel and their stipulation, the Early Neutral Evaluation is hereby rescheduled to **March 6, 2008** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: February 5, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Janis L. Sammartino
      all parties