GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL J. CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email:  hurleyg@gtlaw.com; chilleenm@gtlaw.com

Attorneys for Defendant,
Ralphs Grocery Company DBA Food 4 Less #780

LYNN HUBBARD, III, SBN 69773
SCOTTLYNN H. HUBBARD, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, Ca. 95926
Telephone: 530.895.3252
Facsimile: 530.894.8244

Attorney for Plaintiff
A.J. Oliver

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>            Plaintiff,<br><br>vs.<br><br>RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>            Defendants. | CASE NO. 07 CV 2301 JLS POR<br><br>**JOINT EARLY NEUTRAL EVALUATION STATEMENT**<br><br>DATE:  March 6, 2008<br>TIME:   9:30 a.m.<br>JUDGE: Mag. Louisa S. Porter |

Plaintiff A.J. Oliver and Defendant Ralphs Grocery Company ("Ralphs") submit this Joint Early Neutral Evaluation Statement pursuant to the Court's order dated January 17, 2008.

1. **Meet-and-Confer**.

The required meet-and-confer was held on January 31 at Food For Less, Store # 780 in Chula Vista.

2. **Property Issues.**

Ralphs leases Store #780 from Defendant Cypress Creek Co. ("Cypress"). Ralphs leases only the area comprising the building and the immediate area around it. Pursuant to the lease, the parking lot is a common area and is owned and controlled by Cypress. Cypress was served on February 20, 2008 and its answer is due March 14, 2008. Many of the alleged access barriers within the store have already been modified or are easily modified.

3. **Plaintiff's Damages**.

Plaintiff alleges damages in the amount of $8,000.

4. **Plaintiff's Counsel's Attorney's Fees.**

Plaintiff's Counsel claims $7,850.47 in fees and costs to date.

5. **Plaintiff's Demand**.

Plaintiff has demanded $15,600 to settle this case in its entirety.

6. **Ralph's Offer.**

Ralphs is prepared to offer $1,500, plus negotiated modifications to the store, to settle this matter in full.

DATED: February 27, 2008         GREENBERG TRAURIG, LLP


By /s/ _____
     Michael J. Chilleen
     Attorney for Defendant Ralphs Grocery Company, DBA
     Food 4 Less # 780

1

Joint ENE Statement                                         Case No. 07 CV-2301 JLS POR
OC 286,223,526v2 2/27/2008

1 | DATED: February 27, 2008    LAW OFFICES OF LYNN HUBBARD

By /s/
Lynn Hubbard, III
Attorney for Plaintiff

---

2

Joint ENE Statement                                    Case No. 07 CV-2301 JLS POR
OC 286,223,526v2 2/27/2008

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **JOINT EARLY NEUTRAL EVALUATION STATEMENT** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

*Attorney for Plaintiff, A.J. Oliver*

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on February 27, 2008, at Irvine, California.

/s/ Michael Chilleen
Signature

---

Joint ENE Statement
*OC 286,223,526v2 2/27/2008*

3

Case No. 07 CV-2301 JLS POR