GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com; chilleenm@gtlaw.com

Attorneys for Defendant,
Ralphs Grocery Company DBA Food 4 Less #780

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>    Plaintiff,<br><br>vs.<br><br>RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>    Defendants. | CASE NO. 07 CV 2301 JLS POR<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
OC 286,228,784v1 2/27/2008

Case No. 07 CV-2301 JLS POR

1 | PLEASE TAKE NOTICE that Gregory F. Hurley is counsel of record for Defendant RALPH'S
2 | GROCERY COMPANY dba FOOD 4 LESS #780 in the herein action.
3 |
4 | DATED: February 27, 2008              GREENBERG TAURIG, LLP
5 |
6 |                                       By  /s/ Gregory F. Hurley
7 |                                           Gregory F. Hurley
                                              Michael Chilleen
                                              Attorneys for Defendant Ralphs Grocery Company, DBA
8 |                                           Food 4 Less # 780

1

NOTICE OF APPEARANCE                                                Case No. 07 CV-2301 JLS POR
*OC 286,228,784v1 2/27/2008*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **NOTICE OF APPEARANCE** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Lynn Hubbard, III
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

*Attorney for Plaintiff, A.J. Oliver*

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on February 27, 2008, at Irvine, California.

/s/ Gregory F. Hurley
Signature