UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                                    Plaintiff,<br><br>    v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>                                    Defendants. | Civil No.   07cv2301-JLS (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On March 6, 2008, the Court held an Early Neutral Evaluation. Lynn Hubbard, Esq., counsel for Plaintiff, and Michael Chilleen, Esq., counsel for Defendant Ralphs Grocery Company, appeared before the Court. Based on discussions with counsel, the Court hereby schedules a Settlement Conference on **March 21, 2008** at **9:30 a.m.** with <u>attorneys only</u>, including counsel for Defendant Ralphs Grocery Company. The conference shall be <u>telephonic</u> and Plaintiff's counsel shall initiate and coordinate the call. Plaintiff's counsel shall serve a copy of this order on all parties that appear in this case after the date of this order.

**IT IS SO ORDERED.**

DATED: March 7, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Janis L. Sammartino
        all parties