UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                              Plaintiff,<br><br>   v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>                              Defendants. | Civil No.   07cv2301-JLS (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On March 21, 2008, the Court held a Settlement Conference. Lynn Hubbard, Esq., counsel for Plaintiff, Michael Chileen, Esq., counsel for Defendant Ralphs Grocery Company, and Robert P. Lowell, Esq., counsel for Defendant Cypress Creek Co., appeared before the Court. Based on discussions with counsel, the Court hereby schedules a Settlement Conference on **April 1, 2008** at **3:30 p.m.** *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. *Failure of required counsel and parties to appear in person will be cause for the imposition of sanctions.* All conference discussions will be informal, off the record, privileged, and confidential.

Prior to the conference, *lead counsel responsible for the case and any unrepresented parties, along with property managers of commercial locations*, shall **meet and confer in person at the**

1 **subject premises** regarding settlement of: 1) the alleged premise violations, and 2) damages, costs, 2 and attorney fee claims. All counsel appearing in the case shall be responsible to make the 3 arrangements for the on-site conference. **The meet and confer obligation cannot be satisfied by** 4 **telephone or the exchange of letters**.

5 If the case does not settle, the Court will issue Rule 26 dates immediately following the 6 conference.

7 **IT IS SO ORDERED.**

9 DATED: March 27, 2008

11 LOUISA S PORTER
United States Magistrate Judge

13 cc: The Honorable Janis L. Sammartino
    all parties