1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **Law Offices of Lynn Hubbard**
3  12 Williamsburg Lane
4  Chico, CA 95926
   (530) 895-3252
5

6  Attorneys for Plaintiff, A.J. OLIVER

UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA

| A.J. OLIVER, | ) Case No. 07cv2301 JLS (POR) |
|---|---|
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S OBJECTION TO DEFENDANT CYPRESS CREEK CO., LP'S POINTS AND AUTHORITIES IN OPPOSITION TO CLAIMS OF DISCRIMINATION MADE BY PLAINTIFF** |
| RALPHS GROCERY COMPANY dba FOOD FOR LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY, | ) |
| Defendants | ) |

*Oliver v. Ralphs Grocery Company, et al.* Case No. 07cv2301 JLS (POR)
Plaintiff's Objection to Defendant's Opposition to Discrimination Claims by Plaintiff
Page 1

1 **PLAINTIFF HEREBY OBJECTS** to the filing by defendant Cypress Creek Co., LP dba PTC Investments Company (hereinafter "Cypress Creek") entitled "Memo of Points and Authorities of Defendant Cypress Creek Co., LP dba PTC Investments Company In Opposition To Claims Of Discrimination Made BY Plaintiff." (And entitled "Pretrial Memorandum" on the PACER docket; *see* Docket Item #22.)   Mr. Oliver respectfully requests this Court's indulgence for a very brief explanation of his objection.

The parties have already conducted an Early Neutral Evaluation ("ENE") Conference and a Settlement conference.  This Court requested that, prior to the ENE, the parties file a Joint ENE Statement.  At the time that Statement was filed, Cypress Creek had not answered, and therefore did not participate in the drafting of that Statement.

Thus, Mr. Oliver understands that Cypress Creek's instant filing – Opposition to Claims of Discrimination Made by Plaintiff – may be an attempt to file such a statement with the Court.  However, there are two (2) problems with this: 1) this Court did not request any subsequent filings following the telephonic settlement conference held on March 21, 2008; and 2) Cypress Creek filed its "Pretrial Memorandum" today, April 1, 2008, the day of the scheduled settlement conference.  Mr. Oliver's counsel was already in San Diego (indeed, en route to the Courthouse) when the document arrived at his office in Chico, and therefore will be unable to even review it prior to the conference.  In effect, Cypress Creek has in effect "sandbagged" Mr. Oliver, notwithstanding that such was more than likely not the intention of Cypress Creek.

Cognizant that today is, of course, April Fool's Day, plaintiff nonetheless respectfully requests that this Court disregard Cypress Creek's filing, as neither plaintiff nor the other defendant were privy to its contents

*Oliver v. Ralphs Grocery Company, et al.* Case No. 07cv2301 JLS (POR)
Plaintiff's Objection to Defendant's Opposition to Discrimination Claims by Plaintiff
Page 2

1  prior to today's settlement conference, and, unlike the Joint Statement
2  ordered by this Court, had no opportunity to participate in its drafting or, in
3  the plaintiff's case, respond with his own filing.
4
5  DATED:  April 1, 2008                LAW OFFICES OF LYNN HUBBARD
6
7                                         */s/ Lynn Hubbard, III, Esquire*
8                                         LYNN HUBBARD, III
                                          Attorney for Plaintiff, A.J. Oliver

*Oliver v. Ralphs Grocery Company, et al.* Case No. 07cv2301 JLS (POR)
Plaintiff's Objection to Defendant's Opposition to Discrimination Claims by Plaintiff
Page 3