UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>  Defendants. | Civil No.   07cv2301-JLS (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On April 1, 2008, the Court held a Settlement Conference. Appearing before the Court were: Lynn Hubbard, Esq., counsel for Plaintiff; Plaintiff A.J. Oliver; Robert P. Lowell, Esq., counsel for Defendant Cypress Creek Co.; Stacey A. Hudson and Bob Griffin, representatives of Defendant Cypress Creek Co.; Michael Chilleen, Esq., counsel for Defendant Ralphs Grocery Company; and Bart Kirkland, a representative of Defendant Ralphs Grocery Company. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **April 25, 2008**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **May 5, 2008**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **May 9, 2008**.
4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference

shall be held on **May 14, 2008** at **9:30 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendant Ralphs Grocery Company shall initiate and coordinate the call.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: April 2, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Janis L. Sammartino
      all parties