Robert P. Lowell, Esq. - State Bar No. 030547
**LOWELL & ROBBIN**
Attorney at Law
707 Broadway, Suite 1800
San Diego, California 92101-5314
Tel. (619) 236-1142
Fax (619) 233-0700

**Attorney for** Defendant CYPRESS CREEK CO., L.P., dba PTC INVESTMENTS COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>　　　　　Defendants. | ) Case No. 07 CV 2301 JLS (POR)<br>)<br>)<br>) **RULE 26(a)(1) INITIAL DISCLOSURES OF**<br>) **DEFENDANT CYPRESS CREEK CO., LP,**<br>) **DBA PTC INVESTMENTS COMPANY**<br>)<br>)<br>)<br>)<br>) |

　　　　Defendant CYPRESS CREEK CO., LP, dba PTC INVESTMENTS COMPANY ("Cypress Creek"), hereby submits its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A.　　THOSE WITNESSES LIKELY TO HAVE DISCOVERABLE INFORMATION**

　　　　As of the date of this disclosure, Cypress Creek is aware of the following witnesses:

///

///

///

///

///

1
RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT CYPRESS CREEK CO., LP, DBA PTC INVESTMENTS COMPANY

| Name, Address & Telephone: | Subject of Information Known: |
|---|---|
| 1. Stacey Hudson<br>8095 Othello Road<br>San Diego, CA  92111<br>(858) 495-4900 | Testimony regarding the specific architectural features challenged by the Plaintiff. |
| 2. Robert Griffin<br>8095 Othello Road<br>San Diego, CA  92111<br>(858) 495-4900 | Testimony regarding the specific architectural features challenged by the Plaintiff. |
| 3. Such other witnesses as may later be discovered or identified to have knowledge of the issues. | Unknown at this time. |

These disclosures do not include the names of any potential expert witnesses retained or consulted by Cypress Creek.  Cypress Creek will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule or any supervening order of the Court.

**B.    DOCUMENTS**

Cypress Creek will produce the documents pursuant to Rule 26(a)(1) at a mutually agreeable time and place, and in conjunction with Plaintiff's Initial Disclosures to Defendants.  Cypress Creek reserves its right to supplement its disclosures as needed due to the incomplete nature of the current status of discovery as documents become available.  These documents to be produced are:

1. Photographs of the architectural features of the common areas of the shopping center as those photographs presently exist.  At this time, these photographs establish that the only two claims made by Plaintiff against this Defendant are invalid.  The architectural features covered by the photos are the "van accessible" signs and the entry signs.

2. Photographs of the architectural features of the common areas of the shopping center as the same may be required in order to respond to new issues raised by Plaintiff.  By stating that there may be such future photographs, if required or helpful, Cypress Creek does not waive its right to object to each and every claim made by Plaintiff after the date of Plaintiff's alleged initial visit to the center.

///

///

C. **SUPPLEMENTAL DISCLOSURES**

Cypress Creek reserves the right to make any necessary supplemental disclosures at such time as needed due to the incomplete nature of the current status of discovery.

DATED: May 8, 2008                                   LOWELL & ROBBIN

                                                     By: s/ Robert P. Lowell
                                                         Robert P. Lowell
                                                         Attorney for Defendant CYPRESS CREEK CO.,
                                                         L.P., a Delaware limited Partnership, doing
                                                         business in California as PTC INVESTMENTS
                                                         COMPANY

RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT CYPRESS CREEK CO., LP, DBA PTC INVESTMENTS COMPANY