| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **Title of Case (Abbreviated)**<br>A. J. Oliver v. Ralphs Grocery Company dba Food for Less #780 | |
| **Attorney(s) Names and Address and Telephone**<br>Robert P. Lowell, Esq.  (SBN: 030547)<br>LOWELL & ROBBIN<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Tel: (619) 236-1142<br>Fax: (619) 233-0700<br>E-Mail: rpl@lowell-robbin.com | |
| **Attorney(s) For Defendant**: CYPRESS CREEK CO., L.P., dba PTC INVESTMENTS COMPANY | **Case Number:** 07 CV2301 JLS (POR) |

## DECLARATION OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Lowell & Robbin, 707 Broadway, Eighteenth Floor, San Diego, California  92101-5314.

On May 9, 2008, I caused the document(s) described as:

**RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT CYPRESS CREEK CO., LP, DBA PTC INVESTMENTS COMPANY**

to be served on the parties in case number 07 cv2301 JLS (POR) as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption

The following is a procedure in which service of this document was effected:

( xx)  ELECTRONIC FILING - I caused a true copy of the above-referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 9, 2008                                        /s Robert P. Lowell
                                                                             Robert P. Lowell