1  Lynn Hubbard III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
3  Law Offices of Lynn Hubbard
   12 Williamsburg Lane
4  Chico, CA. 95926
5  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
6
7  Attorneys for Plaintiff, A.J. Oliver
8
9
10                UNITED STATES DISTRICT COURT
11                SOUTHERN DISTRICT OF CALIFORNIA
12
13
14 A.J. OLIVER,                    ) Case No. 07cv2301 JLS (POR)
                                   )
15          Plaintiff,              ) **Notice of Motion for Plaintiff's**
16      v.                         ) **Motion to Modify the Scheduling**
                                   ) **Order and Amend His Complaint**
17                                 )
18 RALPHS GROCERY COMPANY          ) **[FRCP 16(b) & 15(a)]**
   dba FOOD 4 LESS #780; CYPRESS   )
19 CREEK CO., LP dba PTC           ) *No Oral Argument Unless*
20 INVESTMENTS COMPANY,            ) *Requested by the Court*
                                   )
21                                 )
           Defendants              ) Date:  August 7, 2008
22                                 ) Time:  1:30 p.m.
23                                 ) Ctrm:  6
                                   )
24                                 )
                                   ) Honorable Janis L. Sammartino
25
26
27
28

*Oliver v. Ralphs Grocery Copmany, et al,* **Case No. 07CV2301 JLS (POR)**
**Plaintiff's Motion To Amend His Complaint**

Page 1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on August 7, 2008 at 1:30 p.m. or as soon as the matter can be heard thereafter at the United States District Court, Southern District of California, before the Honorable Janis L. Sammartino, plaintiff A.J. Oliver will move to modify the Court's Scheduling Order as well as amend his Complaint.  **No oral argument is requested.**

The motion is based on this notice of motion and motion, the files and records submitted herewith, and any other documents the court feels are relevant.

Dated: June 30, 2008         LAW OFFICES OF LYNN HUBBARD

                                             */s/ Lynn Hubbard, III, Esquire*
                                             LYNN HUBBARD, III
                                             Attorneys for Plaintiff, A.J. Oliver