1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
3  **Law Offices of Lynn Hubbard**
   12 Williamsburg Lane
4  Chico, CA 95926
5  (530) 895-3252

6  Attorneys for Plaintiff, A.J. OLIVER

9            UNITED STATES DISTRICT COURT,
10           SOUTHERN DISTRICT OF CALIFORNIA

13 A.J. OLIVER,                        ) Case No. 07cv2301 JLS (POR)
                                       )
14        Plaintiff,                   ) **Declaration of Lynn Hubbard III in**
15   v.                                ) **Support of Plaintiff's Motion to**
                                       ) **Modify the Scheduling Order and**
16                                     ) **Amend Plaintiff's Complaint**
17 RALPHS GROCERY COMPANY              )
   dba FOOD 4 LESS #780;               )
18 CYPRESS CREEK CO., LP dba           ) Date:  August 7, 2008
19 PTC INVESTMENTS                     ) Time:  1:30 p.m.
   COMPANY,                            ) Ctrm:  6
20                                     )
21        Defendants                   ) Honorable Janis L. Sammartino
22 _____     )

24 I, Lynn Hubbard, III, declare as follows:

25 1.    I am the attorney for plaintiff A.J. Oliver and have handled this action
26 since its inception. If called upon, I can testify to the statements and facts
27 contained within this Declaration.

28

*Oliver v. Ralphs Grocery Company, et al*, Case No. 07cv2301 JLS (POR)
**Declaration of Lynn Hubbard, III in Support of Plaintiff's Motion to Amend Complaint**
Page 1

Case 3:07-cv-02301-JLS-POR   Document 30-4   Filed 06/30/2008   Page 2 of 3

2. In early March, the parties met for an Early Neutral Evaluation. At that time, defendants made clear that they were at that time proceeding with remodeling at the subject property in order to rectify access barriers brought to light by my client.

3. At that ENE, I also made clear, both to defendants and to this Court, that plaintiff would be amending his complaint after any remodeling, so as to ensure that the complaint represented the subject property, and any access barriers still remaining on it, accurately.

4. Sometime in May, my client Mr. Oliver informed me that it appeared that the re-modeling at the Food 4 Less grocery store was complete. As there still appeared to be access barriers on the subject property, I intended on filing an amended complaint.

5. Unfortunately, at this time my legal staff went through a complete turn-over. This was not helped by the fact that my senior paralegal, Kaina Schukei, left work on maternity leave. Short-handed, and needing time to train my new staff, I was unable to get the new complaint drafted in time to file prior to the deadline of June 13, 2008.

6. Knowing that I now would have to move to modify the scheduling order, I at least sought to ensure that the defendants had no problems with an amended complaint, and would stipulate to same. My office contacted defense counsel Mr. Lowell and Mr. Chillen on Friday, June 20, to see if they would so stipulate. As of today's date, they have neither returned my office's calls, nor have they contacted me in any other way to state their opinions regarding a stipulation to amend. Although I see absolutely no reason why defendants would not want the complaint amended so as to accurately reflect plaintiff's allegations regarding barriers, I must take their silence as an indication that they do not agree to stipulate to amend the complaint.

*Oliver v. Ralphs Grocery Company, et al*, Case No. 07cv2301 JLS (POR)
**Declaration of Lynn Hubbard, III in Support of Plaintiff's Motion to Amend Complaint**

Page 2

7. Therefore, a motion to amend the complaint, as well as to modify the scheduling order, is required.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability, and if called upon to testify I would do so competently.

DATED:  June 30, 2008  LAW OFFICES OF LYNN HUBBARD

                     */s/ Lynn Hubbard, III, Esquire*
                     LYNN HUBBARD, III
                     Attorney for Plaintiff, A.J. Oliver

*Oliver v. Ralphs Grocery Company, et al*, **Case No. 07cv2301 JLS (POR)**
**Declaration of Lynn Hubbard, III in Support of Plaintiff's Motion to Amend Complaint**
Page 3