1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL CHILLEEN (SBN 210704)
3  3161 Michelson Drive, Suite 1000
   Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email:  hurleyg@gtlaw.com;
   chilleenm@gtlaw.com
6

7  Attorneys for Defendant,
   Ralphs Grocery Company DBA Food 4 Less #780
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | A.J. Oliver, | CASE NO. 07 CV 2301 JLS POR |

13 | Plaintiff, | |

14 | vs. | **DECLARATION OF MELISSA REILLY IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S MOTION FOR SANCTIONS UNDER RULE 37(d);** |

15 | RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY, | |

16 | | |

17 | | [Notice of Motion and Motion for Sanctions under Rule 37(d) and Declaration of Michael Chilleen filed concurrently herewith] |

18 | Defendants. | |

19

20             Date: August 21, 2008
               Time: 1:30 p.m.
21             Ctrm:  H

22             Magistrate Judge Louisa S. Porter

---

REILLY DECLARATION                               Case No. 07 CV-2301 JLS POR
OC 286,276,557v1 7-3-08

Pursuant to 28 U.S.C. § 1746, I, Melissa Reilly, hereby declare as follows:

1. I am an administrative assistant with the law firm of Greenberg Traurig LLP. I assist Michael J. Chilleen, one of the attorneys of record in this case representing Ralphs Grocery Company ("Ralphs"). I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would testify as follows:

2. On June 4, 2008, I received a phone call from Mr. Hubbard's assistant. She requested an extension of time to respond to Ralphs' written discovery. I told her that I would check with Mr. Chilleen and call her back. Mr. Chilleen told me that we could grant plaintiff an extension, so long as plaintiff agreed to respond with meaningful responses (not mere boilerplate objections) prior to plaintiff's upcoming deposition on June 25. I called Mr. Hubbard's assistant back. She said that she understood that we wanted meaningful responses before plaintiff's June 25 deposition date. She agreed to provide responses by June 16.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 3, 2008, at Irvine, California.

                                            s/Melissa Reilly
                                            Melissa Reilly

1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **DECLARATION OF MELISSA REILLY IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S MOTION FOR SANCTIONS UNDER RULE 37(d)** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Lynn Hubbard, III<br>Law Offices of Lynn Hubbard<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone: (530) 895-3252<br>Fax: (530) 894-8244 | Robert P. Lowell<br>Lowell & Robbin<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Telephone: (619) 236-1142<br>Fax: (619) 233-0700 |
| *Attorney for Plaintiff, A.J. Oliver* | *Attorney for Defendant, Cypress Creek Co., L.P.* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on July 3, 2008, at Irvine, California.

/s/ Michael Chilleen
Signature

---

PROOF OF SERVICE                                               Case No. 07 CV-2301 JLS POR
OC 286,276,557v1 7-3-08