UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                      Plaintiff,<br><br>   v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>                      Defendants. | Civil No.   07cv2301-JLS (POR)<br><br>**ORDER TO MEET AND CONFER AND SETTING BRIEFING SCHEDULE FOR DEFENDANT RALPHS GROCERY COMPANY'S MOTION FOR SANCTIONS UNDER RULE 37(d)**<br><br>**[Doc. No. 31]** |

      On July 3, 2008, Defendant Ralphs Grocery Company ("Ralphs") filed a motion for sanctions under Rule 37(d) of the Federal Rules of Civil Procedure because Plaintiff failed to appear for his deposition scheduled on June 25, 2008.

      The Civil Local Rules for the Southern District of California serve to supplement the Federal Rules of Civil Procedure and are to apply to all actions and proceedings. See CivLR1.1. Specifically, Local Rule 26.1 states that "[t]he court shall entertain no motion pursuant to Rules 26 through 37, Fed. R. Civ. P., unless counsel shall have previously met and conferred concerning all disputed issues." CivLR 26.1. Based thereon, the parties shall meet and confer within ten (10) days of the date of this order.

      If a dispute still exists after meeting and conferring, Plaintiff shall file an opposition, if any, on or before **August 7, 2008**. A reply, if any, shall be filed on or before **August 14, 2008**.

      Ralphs' motion is set to be heard on **August 21, 2008** at **1:30 p.m.** The hearing shall be telephonic, with counsel for Ralphs and Plaintiff only. Counsel for Ralphs shall initiate and

1  coordinate the call.

2  **IT IS SO ORDERED.**

4  DATED:  July 15, 2008

6  _____
   LOUISA S PORTER
   United States Magistrate Judge

8  cc:    The Honorable Janis L.Sammartino
          all parties