| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **Title of Case (Abbreviated)**<br>A. J. Oliver v. Ralphs Grocery Company dba Food for Less #780 | |
| **Attorney(s) Names and Address and Telephone**<br>Robert P. Lowell, Esq.  (SBN: 030547)<br>LOWELL & ROBBIN<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Tel: (619) 236-1142<br>Fax: (619) 233-0700<br>E-Mail: rpl@lowell.com | |
| **Attorney(s) For Defendant:** CYPRESS CREEK CO., L.P., dba PTC INVESTMENTS COMPANY | **Case Number:** 07 CV2301 JLS (POR) |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Lowell & Robbin, 707 Broadway, Eighteenth Floor, San Diego, California 92101-5314.

On July 23, 2008, I caused the document(s) described as:

**DEFENDANT CYPRESS CREEK CO., LP dba PTC INVESTMENT COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND AMEND HIS COMPLAINT**

to be served on the parties in case number 07cv2301 JLS (POR) by filing said document with the Clerk of the United States District Court for the Southern District of California using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Lynn Hubbard, III<br>Law Offices of Lynn Hubbard<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone: (530) 895-3252<br>Fax: (530) 894-8244 | Michael Chilleen<br>Gregory F. Hurley<br>Greenberg Traurig, LLP<br>3161 Michelson Drive, Suite 1000<br>Irvine, CA 92612<br>Telephone: (949) 732-6500<br>Fax: (949) 732-6501 |
| *Attorney for Plaintiff, A.J. Oliver* | *Attorney for Defendant, Ralphs Grocery Company dba Food 4 Less #780* |

( xx)  BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM - In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid parties above, whose counsel of record are registered participants of the CM/ECF, via electronic service through the CM/ECF system.

    I declare under penalty of perjury that the foregoing is true and correct and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made..

Dated: July 23, 2008                                     /s/ Robert P. Lowell
                                                                                   Robert P. Lowell