GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com;
chilleenm@gtlaw.com

Attorneys for Defendant,
Ralphs Grocery Company DBA Food 4 Less #780

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>      Plaintiff,<br><br>vs.<br><br>RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>      Defendants. | CASE NO. 07 CV 2301 JLS POR<br><br>**DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND AMEND HIS COMPLAINT**<br><br>[Opposition to Plaintiff's Motion to Modify the Scheduling Order and Amend His Complaint filed concurrently herewith]<br><br>**Date: August 7, 2008**<br>**Time: 1:30 p.m.**<br>**Ctrm: 6**<br><br>Honorable Janis L. Sammartino |

Pursuant to 28 U.S.C. § 1746, I, Michael J. Chilleen, hereby declare as follows:

1. I am an associate with the law firm of Greenberg Traurig LLP and one of the attorneys of record in this case representing Ralphs Grocery Company dba Food 4 Less. ("Food 4 Less"). I am licensed to practice law in the State of California and the United States District Court for the Southern District of California. I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would testify as follows:

2. Pursuant to Magistrate Judge Porter's January 17, 2008 order, plaintiff's counsel, Mr. Hubbard, and I met at the subject Food 4 Less store to go over all alleged access barriers on January 31, 2008. At that time, Mr. Hubbard noted that he had inspected the store prior to filing the complaint and that most of the access barriers that he had alleged appeared to have already been fixed. However, Mr. Hubbard identified a number of additional violations not listed in the complaint. On March 6, 2008, Judge Porter held the Early Neutral Evaluation. Mr. Hubbard stated that he intended to amend the complaint to allege the additional ADA violations identified at the January 31 site inspection.

3. On April 1, Judge Porter held a Settlement Conference. Mr. Chilleen informed the parties that Food 4 Less had fixed all ADA violations identified in the complaint soon after the complaint was filed, as Food 4 Less was in the midst of a remodel. Mr. Hubbard responded that he had noted additional violations during the January 31 site inspection and had also stopped by the store, before coming to the Settlement Conference, and that these violations still existed. Mr. Hubbard again reiterated his intent to amend the complaint. Judge Porter informed Mr. Hubbard that he would need to present a formal motion to amend.

4. On May 2, the parties held the Rule 26(f) conference. Mr. Hubbard again stated that he was going to amend the complaint to allege the additional ADA violations, and asked Food 4 Less and defendant Cypress Creek Co. to stipulate to an amended complaint. Since the alleged violations existed prior to the filing of the complaint,

1 defendants informed him that they would not agree to any amendments as plaintiff could
2 have alleged them in the first instance.
3     5. On May 14, 2008, Judge Porter held a CMC. Judge Porter consulted the
4 parties regarding proposed discovery and motion cut-off dates to which all counsel
5 agreed -- the last day to amend pleadings was set for June 13, 2008.
6     6. Attached to this Declaration as Exhibit "A" is a true and correct copy of the
7 Complaint filed in this matter.
8     7. Attached to this Declaration as Exhibit "B" is a true and correct copy of the
9 01/17/08 Order issued by Magistrate Judge Porter.
10     9. Attached to this Declaration as Exhibit "C" is a true and correct copy of the
11 05/19/08 Order issued by Magistrate Judge Porter.
12     9. Attached to this Declaration as Exhibit "D" are true and correct copies of
13 Plaintiff's Responses to Defendant's First Set of Interrogatories and First Set of
14 Document Requests.
15     I declare under penalty of perjury under the laws of the United States that the
16 foregoing is true and correct. Executed on July 24, 2008, at Irvine, California.

                                              s/Michael J. Chilleeen
                                              Michael J. Chilleen

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND AMEND HIS COMPLAINT** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Lynn Hubbard, III<br>Law Offices of Lynn Hubbard<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone: (530) 895-3252<br>Fax: (530) 894-8244 | Robert P. Lowell<br>Lowell & Robbin<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Telephone: (619) 236-1142<br>Fax: (619) 233-0700 |
| *Attorney for Plaintiff, A.J. Oliver* | *Attorney for Defendant, Cypress Creek Co., L.P.* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on July 24, 2008, at Irvine, California.

/s/ Michael Chilleen
Signature