# Exhibit "C"

Exhibit __C__ Page __24__

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   A.J. OLIVER,                          Civil No.   07cv2301-JLS (POR)

11                        Plaintiff,       **SCHEDULING ORDER REGULATING
                                           DISCOVERY AND OTHER PRETRIAL**
12            v.                           **PROCEEDINGS**

13   RALPHS GROCERY COMPANY dba FOOD
     4 LESS #780; CYPRESS CREEK CO., LP dba
14   PTC INVESTMENTS COMPANY,

15                        Defendants.

16        **PLEASE NOTE THAT SOME DATES HAVE CHANGED SINCE THE
                     CASE MANAGEMENT CONFERENCE**

17

18        On May 14, 2008, the Court held a Case Management Conference pursuant to Rule 16 of the

19   Federal Rules of Civil Procedure. Appearing before the Court were: Scott Hubbard, Esq., counsel

20   for Plaintiff; Michael Chilleen, Esq., counsel for Defendant Ralphs Grocery Company; and Robert

21   Lowell, Esq., counsel for Defendant Cypress Creek Co. After consulting with the attorneys of

22   record for the parties and being advised of the status of the case, and good cause appearing, IT IS

23   HEREBY ORDERED:

24        1.      Any motion to join other parties, to amend the pleadings, or to file additional

25   pleadings shall be filed on or before **June 13, 2008**.

26        2.      The parties shall designate their respective experts in writing by **August 15, 2008**.

27   The parties must identify <u>any</u> person who may be used at trial to present evidence pursuant to Rules

28   702, 703 or 705 of the Fed. R. Evid. This requirement is <u>not</u> limited to retained experts. The date

- 1 -                                          07cv2301-JLS (POR)

Exhibit C  Page 25

1  for exchange of rebuttal experts shall be on or before **August 29, 2008**.  The written designations

2  shall include the name, address and telephone number of the expert and a reasonable summary of the

3  testimony the expert is expected to provide. The list shall also include the normal rates the expert

4  charges for deposition and trial testimony.

5      3.    On or before **November 3, 2008**, each party shall comply with the disclosure

6  provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.  This disclosure

7  requirement applies to all persons retained or specially employed to provide expert testimony, <u>or</u>

8  whose duties as an employee of the party regularly involve the giving of expert testimony.

9      4.    Any party shall supplement its disclosure regarding contradictory or rebuttal evidence

10  under Rule 26(a)(2)(c)on or before **November 17, 2008**.

11      5.    **Please be advised that failure to comply with this section or any other discovery**

12  **order of the court may result in the sanctions provided for in Federal Rule of Civil**

13  **Procedure 37 including a prohibition on the introduction of experts or other designated**

14  **matters in evidence.**

15      6.    A Mandatory Settlement Conference shall be conducted on **August 11, 2008**, at

16  **10:00 a.m.**, in the chambers of the Honorable Louisa S. Porter.  Counsel shall lodge settlement

17  statements, if any, <u>directly</u> with the chambers of Judge Porter via email to

18  efile_porter@casd.uscourts.gov on or before **July 31, 2008**.  Counsel shall exchange settlement

19  statements.  The settlement statements should include a neutral factual statement of the case, identify

20  controlling legal issues, and concisely set out issues of liability and damages, including any

21  settlement demands and offers to date and addressing special and general damages where applicable.

22  The settlement statements **shall not** be filed with the Clerk of the Court.

23      All parties and claims adjusters for insured defendants and representatives with complete

24  authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the

25  litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the

26  mandatory settlement conference.  All conference discussions will be informal, off the record,

27  privileged and confidential.

28      Mandatory settlement conferences shall not be rescheduled without a showing of good cause

- 2 -

07cv2301-JLS (POR)

Exhibit C Page 26

1  and adequate notice to the Court.  If counsel wish to reschedule this conference, they shall contact

2  the Court at least 10 days prior to the conference.  Absent exceptional circumstances, the Court will

3  not reschedule this conference with less than 10 days notice.  <u>Only in extreme circumstances will the</u>

4  <u>Court reschedule a mandatory settlement conference with less than 24 hours notice.</u>

5        7.     All discovery shall be completed on or before **December 19, 2008**.  *"Completed"*

6  means that all discovery under Federal Rules of Civil Procedure 30-36 must be initiated a sufficient

7  period of time in advance of the cut-off date, <u>so that it may be completed</u> by the cut-off date, taking

8  into account the times for service, notice, and response as set forth in the Federal Rules of Civil

9  Procedure.  All disputes concerning discovery shall be brought to the attention of this Court no later

10  than thirty days following the date upon which the event giving rise to the discovery dispute

11  occurred.  Counsel shall meet and confer pursuant to the requirements of Federal Rule of Civil

12  Procedure 26 and Local Rule 26.1(a) before contacting the Court regarding discovery disputes.

13        8.     All motions, other than motions to amend or join parties, or motions in limine, shall

14  be **FILED** on or before **January 19, 2009**.

15        Motions will not be heard or calendared unless counsel for the moving party has obtained a

16  motion hearing date from the law clerk of the judge who will hear the motion.  <u>Be advised that the</u>

17  <u>parties must file their moving papers within three days of receiving the motion hearing date from the</u>

18  <u>Court.  Be further advised that the period of time between the date you request a motion date and the</u>

19  <u>hearing date may be</u> **up to two months**.  <u>Please plan accordingly.</u>

20        Briefs or memoranda in support of or in opposition to any pending motion shall not exceed

21  25 pages in length without permission of the judge or magistrate judge who will hear the motion.

22  No reply memorandum shall exceed 10 pages without leave of the judge or magistrate judge who

23  will hear the motion.

24        9.     The parties shall file their Memoranda of Contentions of Fact and Law in compliance

25  with Local Rule 16.1(f)(2), (3) and (4) and serve a copy on opposing counsel on or before **April 23,**

26  **2009**.

27        10.    All parties or their counsel shall fully comply with the Pretrial Disclosure

28  requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **April 23, 2009**.  *Failure to*

Exhibit _C_ Page _25_

1  *comply with these disclosures requirements could result in evidence preclusion or other sanctions*

2  *under Federal Rule of Civil Procedure 37.*

3    11.  Counsel shall meet and confer regarding the preparation of the Pretrial Order, and

4  take the action required by Local Rule 16.1(f)(5), on or before **April 30, 2009**.

5    12.  The final Pretrial Order, including objections any party has to any other parties'

6  Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before

7  **May 7, 2009**, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6).

8  Counsel shall also bring a copy of the Pretrial Order for the Court to the Pretrial Conference.

9    13.  The Pretrial Conference shall be held before the **Honorable Janis L. Sammartino**,

10  United States District Court Judge, on **May 14, 2009** at **1:30 p.m.**

11    14.  The dates and times set forth herein will not be further modified except for good

12  cause shown.

13    15.  Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case

14  hereafter.

15

16  DATED: May 19, 2008

17

18             LOUISA S PORTER
           United States Magistrate Judge

19

20  cc:  The Honorable Janis L. Sammartino
    all parties

21

22

23

24

25

26

27

28

Exhibit C. Page 28