1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 Williamsburg Lane
3  Chico, CA. 95926
   (530) 895-3252
4
   Attorney for Plaintiff, A.J. OLIVER
5

6

7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 A.J. OLIVER,                    )
                                   ) Case No. 07cv2301 JLS (POR)
12                                 )
           Plaintiff,              )
13                                 ) **Declaration of Steve Wedel in**
       v.                          ) **Support of Plaintiff's Opposition to**
14                                 ) **Ralphs Grocery Company's Motion**
                                   ) **for Sanctions**
15 RALPHS GROCERY COMPANY          )
   dba FOOD 4 LESS #780; CYPRESS   )
16 CREEK CO., LP dba PTC           )
17 INVESTMENTS COMPANY,            )
                                   ) Honorable Magistrate Louisa S. Porter
18                                 )
           Defendants.             )
19                                 )

20

21

22

23

24

25

26

27

28

*Oliver v. Ralphs Grocery Company, et al.*, 07cv2301 JLS (POR)
Declaration of Steve Wedel in Support of Plaintiff's Opposition to Defendant's Motion for Sanctions
Page 1 of 3

I, Steven Wedel, do hereby declare the following:

1.  I am an attorney licensed to practice law in the State of California, and the United States District Court, Southern District of California, and represent plaintiff A.J. Oliver in the aforementioned matter.

2.  In my capacity as an attorney working for the Law Offices of Lynn Hubbard, III, I recently worked with plaintiff A.J. Oliver in drafting responses to discovery propounded by defendants in this matter.

3.  On or about May 12, 2008, I was sent the file of this case via Fed Ex overnight to my home office in San Diego, CA. Included with this file was the discovery recently propounded by defendant Ralphs Grocery Company ("Ralphs"). This discovery included Interrogatories and Requests for Production of Documents. There were actually two (2) copies of the Interrogatories included in the discovery package, and it appeared to me that Ralphs had accidentally sent a duplicate copy of the Interrogatories. There was no notice of deposition included in the discovery package that I could see.

4.  Mr. Oliver had recently been having some issues with his health, and therefore was initially unavailable to assist me in formulating responses to the discovery. I therefore had an assistant from the office, Merry Lowe, contact Ralphs and request an extension of a week for the responses to discovery. Ralphs graciously agreed to the extension.

5.  Once Mr. Oliver was recovered and available once again, I began to work on the responses. As I went through the case file, I noted that a deposition of Mr. Oliver had in fact been noticed in the past by Ralphs for April 30, 2008. However, this deposition never occurred due to plaintiff's objections that the notice was premature, coming as it did prior to the FRCP 26(f) meeting. I do not recall seeing anywhere in the case file a new notice of deposition, nor was an impending deposition noted anywhere in the discovery requests themselves.

6.  The responses to this discovery – to both the interrogatories and

*Oliver v. Ralphs Grocery Company, et al.*, 07cv2301 JLS (POR)
Declaration of Steve Wedel in Support of Plaintiff's Opposition to Defendant's Motion for Sanctions
Page 2 of 3

1  document requests – were served on Ralphs within the extension period
2  granted.

4  I declare under the penalty of perjury that the foregoing is true and correct to
5  the best of my knowledge, and if called upon to testify I would do so
6  competently.

8  Dated: July 30, 2008                    /s/ Steven Wedel
9                                          STEVEN WEDEL
10                                         Attorney for Plaintiff, A.J. Oliver

*Oliver v. Ralphs Grocery Company, et al.*, 07cv2301 JLS (POR)
Declaration of Steve Wedel in Support of Plaintiff's Opposition to Defendant's Motion for Sanctions
Page 3 of 3