1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
5
6  Attorneys for Plaintiff

7
8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11
12
13  A. J. OLIVER,                    )   No. 07cv2301 JLS (POR)
                                     )
14        Plaintiff,                 )
                                     )   DECLARATION OF MERRY M.
15        vs.                        )   LOWE IN SUPPORT OF
                                     )   PLAINTIFF'S OPPOSITION TO
16  RALPHS GROCERY COMPANY           )   DEFENDANT RALPH GROCERY
    dba FOOD 4 LESS #780; CYPRESS    )   COMPANY'S MOTION FOR
17  CREEK CO., LP dba PTC            )   SANCTIONS
18  INVESTMENTS COMPANY,             )
                                     )
19        Defendants.                )
                                     )
20                                   )
21                                   )

22
23
24
25
26
27
28

*Oliver v. Ralphs Grocery Company, et al.*                    Case No. 07cv2301 JLS (POR)
   **Declaration of Merry M. Lowe in Support of Opposition to Defendant's Motion for Sanctions**
                                    Page 1

I, MERRY M. LOWE, declare:

1. I have been a legal assistant for almost 17 years.

2. I am employed by the Disabled Advocacy Group, APLC.

3. On or about June 4, 2008, Steve Wedel, one of my attorneys, asked me to contact opposing counsel Michael Chilleen to request an extension for our Plaintiff A. J. Oliver's responses to Ralphs Grocery Company's discovery requests.

4. On or about June 4, 2008, I phoned Mr. Chilleen to request said extension.

5. At that time, I spoke with Melissa, Mr. Chilleen's assistant. She granted my request and gave our office an additional week to respond.

6. At no time during that conversation did she inform me of any upcoming deposition.

7. Had they done so I would have immediately checked Mr. Hubbard's calendar to insure he had ample time to review Mr. Oliver's responses before his deposition.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 30, 2008

                                          */s/ Merry M. Lowe*
                                          MERRY M. LOWE, Legal Assistant

*Oliver v. Ralphs Grocery Company, et al.*                                                  Case No. 07cv2301 JLS (POR)
**Declaration of Merry M. Lowe in Support of Opposition to Defendant's Motion for Sanctions**
Page 2