UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>          Plaintiff,<br><br>  v.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY,<br><br>          Defendants. | Civil No. 07cv2301-JLS (POR)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE AND CONFIRMING DATES** |

  On August 11, 2008, the Court held a Mandatory Settlement Conference. Appearing before the Court were Lynn Hubbard, Esq., counsel for Plaintiff; Plaintiff A.J. Oliver; Michael Chilleen, Esq., counsel for Defendant Ralphs Grocery Company; Bart Kirkland, a representative of Defendant Ralphs Grocery Company; and Robert Lowell, Esq., counsel for Defendant Cypress Creek Co., LP. The case did not settle. Based on discussions with the parties, the Court finds further settlement conferences will be futile, and therefore, schedules no further conferences. The Court hereby confirms the dates set forth in its Scheduling Order Regulating Discovery and Other Pretrial Proceedings, dated May 19, 2008. Should the parties wish to schedule a settlement conference in the future, they shall contact the Court.

  **IT IS SO ORDERED.**

DATED: August 13, 2008

                     LOUISA S PORTER<br>
                     United States Magistrate Judge

cc:  The Honorable Janis L. Sammartino<br>
    all parties