```
1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL CHILLEEN (SBN 210704)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
4  Telephone: (949) 732-6500
   Facsimile: (949) 732-6501
5  Email: hurleyg@gtlaw.com;
   chilleenm@gtlaw.com
6
7  Attorneys for Defendant,
   Ralphs Grocery Company DBA Food 4 Less #780
8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| A.J. Oliver, | CASE NO. 07 CV 2301 JLS POR |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS UNDER RULE 37(d)** |
| vs. | |
| RALPH'S GROCERY COMPANY dba FOOD 4 LESS #780; CYPRESS CREEK CO., LP dba PTC INVESTMENTS COMPANY, | |
| Defendants. | [Reply in Support of Motion for Sanctions under Rule 37(d) filed concurrently herewith] |
| | Date: August 21, 2008 Time: 1:30 p.m. Ctrm: H |
| | Magistrate Judge Louisa S. Porter |

CHILLEEN DECLARATION                               Case No. 07 CV-2301 JLS POR
OC 286,297,473v1 8-14-08

Pursuant to 28 U.S.C. § 1746, I, Michael J. Chilleen, hereby declare as follows:

1. I am an associate with the law firm of Greenberg Traurig LLP and one of the attorneys of record in this case representing Ralphs Grocery Company ("Ralphs"). I am licensed to practice law in the State of California and the United States District Court for the Southern District of California. I make this Declaration based on my own personal knowledge of the matters set forth herein. If called as a witness in this case, I could and would testify as follows:

2. Attached as Exhibit "A" is a true and correct copy of Plaintiffs' Motion to Modify the Scheduling Order and Amend his Complaint in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 14, 2008, at Irvine, California.

                         s/Michael J. Chilleeen
                         Michael J. Chilleen

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612**.**

On the below date, I served: **DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF DEFENDANT RALPHS GROCERY COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS UNDER RULE 37(d)** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Lynn Hubbard, III<br>Law Offices of Lynn Hubbard<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone: (530) 895-3252<br>Fax: (530) 894-8244 | Robert P. Lowell<br>Lowell & Robbin<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Telephone: (619) 236-1142<br>Fax: (619) 233-0700 |
| *Attorney for Plaintiff, A.J. Oliver* | *Attorney for Defendant, Cypress Creek Co., L.P.* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on August 14, 2008, at Irvine, California.

/s/ Michael Chilleen
Signature