Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

A.J. Oliver,                                )   Case No. 07cv2301 JLS (POR)
                                            )
        Plaintiff,                          )   Disclosure of Plaintiff's Experts,
                                            )   Reed Settle and Joe P. Card
        v.                                  )
                                            )
Ralphs Grocery Company, et al.,             )
                                            )
        Defendants.                         )
_____)

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card
Page 1

Pursuant to Federal Rules of Civil Procedure 26, Disclosure of Expert Witnesses, and the Court's Scheduling Order, dated May 19, 2008, Plaintiff hereby submits the following expert witnesses he intends to call at trial:

## Identity

Reed Settle
Reed Settle Architecture
1339 Olive Street
Ramona, CA 92065
Telephone: (760) 787-0005

## Written Report

Mr. Settle will disclose his written report on or before November 3, 2008 pursuant to this Court's Scheduling Order, dated May 19, 2008 and FRCP 26(a)(2)(B).

## Bases For Opinions And Information
## Considered Or Relied Upon

Mr. Settle's testimony will be based on information, knowledge and experience he has obtained as a disabled rights advocate. Mr. Settle also relied on California Access Compliance Manual (Title 24), ADAAG, Manual of Uniform Traffic Control Device (MUTCD) Supplement, California Vehicle Code.

## Qualifications of Expert

Attached hereto as Exhibit A is a true and accurate copy of Mr. Settle's resume.

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card
Page 2

**<u>Publications Authored Within</u>**

**<u>the Preceding Ten Years</u>**

Mr. Settle has not authored any publications within the preceding ten years.

**<u>Compensation for Services</u>**

Mr. Settle's hourly fee for depositions and daily rate for court testimony is $300.00 an hour.  Mr. Settle's hourly fee for site inspections is $170.00 an hour.

**<u>Prior Testimony at Trial or Deposition</u>**
**<u>in the Preceding Four Years</u>**

(Trial Testimony)

1. <u>Hubbard v. Rite Aid, Case No. 02cv2497 WQH BLM</u>
2. <u>Doran v. Del Taco, SACV04-0046 CJC (ANx)</u>

(Deposition Testimony)

1. <u>Harris v Costco, Case No. 04cv0409 L (WMC)</u>
2. <u>Jones v Henry's, Case No. 04cv1018 WQH (WMc)</u>
3. <u>Doran v. Del Taco, Case No. SACV04-0046 CJC (ANx)</u>
4. <u>Jones v. 7-11, Case No. 04cv2186 JM (POR)</u>
5. <u>Sanford v. Del Taco, Case No. CIV.S 04- 2154 GEB EFB</u>
6. <u>Hubbard v. 7-11, Case No. 04cv2409 L (POR)</u>
7. <u>Feezor v. 7-11, Case No. 04cv1954 JAH (LSP)</u>
8. <u>Hubbard v. Rite Aid, Case No. 02cv2497 WQH (BLM)</u>

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card
Page 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Identity

Joe Paul Card
2485 Notre Dame Boulevard
Suite 370, PMB 147
Chico, CA  95928
Telephone: (530) 521-1900

## Written Report

Mr. Card will disclose his written report on or before November 3, 2008 pursuant to this Court's Scheduling Order, dated May 19, 2008 and FRCP 26(a)(2)(B).

## Basis For Opinions And Information
## Considered Or Relied Upon

Mr. Card's testimony will be based on information, knowledge and experience he has obtained as a disabled rights advocate. Mr. Card also relied on California Access Compliance Manual (Title 24), ADAAG, Manual of Uniform Traffic Control Device (MUTCD) Supplement, California Vehicle Code.

## Qualifications Of Expert

Attached hereto as Exhibit B is a true and accurate copy of Mr. Card's resume.

## Publications Authored Within The Preceding Ten Years

Mr. Card has not authored any publications within the past ten (10) years.

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card

Page 4

**Compensation For Services**

Mr. Card's hourly fee for depositions is $275.00.  His daily rate for court or arbitration testimony is $325.00 an hour.  Mr. Settle's hourly fee for site inspections is $175.00 an hour.  Mr Card also charges a $250.00 per diem fee for testimony and site inspections more than fifty (50) miles from his principal place of business.

**Prior Testimony At Trial Or Deposition
In The Preceding Four Years**

(Trial Testimony)

1. Dodson v. Burger King, et al., Case No. CIV.S-02-0258-WBS-GGH

2. Loskot v. USA Gasoline Corporation, Case No. CIV.S-01-2125-WBS-JFM

3. Wilson v. Nimbus Spaghetti Restaurant, Case No. CIV.S-02-0992-GEB-JFM

4. Dodson v. Dollar Tree Stores, Inc., Case No. CIV.S-04-1068-MCE-CMK

5. Wilson v. Norbreck, LLC, et al., Case No. CIV.S-04-0690-DFL-JFM

(Deposition Testimony)

1. Loskot v. Tower Energy Group, Inc., Case No. CIV.S-00-0872-GEB-PAN

2. Doran v. Tower Energy Group, et al., Case No. CIV.S-00-1064-FCD-GGH

3. Sanford v. Rite Aid, et al., Case No. CIV.S-02-0480-MCE-JFM

4. Dodson v. Rite Aid, et al., Case No. CIV.S-02-2625-WBS-GGH

5. Martinez v. Rite Aid, et al., Case No. CIV.S-02-0745-MCE-JFM

6. Hooper v. Rite Aid, et al., Case No. CIV.S-02-02614-WBS-JFM

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card
Page 5

7. <u>Bate v. Rite Aid,</u> Case No. CIV.S-02-1487-LKK-DAD

8. <u>Wilson v. Nimbus Spaghetti Restaurant,</u> Case No. CIV.S-02-0992-GEB-JFM

9. <u>Saylor v. Wells Fargo Bank,</u> Case No. CIV.S-02-0262-FCD-JFM

10. <u>Able v. Rite Aid,</u> Case No. CIV.S-02-2114-GEB-DAD

11. <u>Sanford v. US Bank,</u> Case No. CIV.S-02-2642-DFL-PAN

12. <u>O'Camo v. Rite Aid, Case No.</u> CIV.S-02-0511-GGH

13. <u>McIver v. Antelope Pizza, et al.,</u> Case No. CIV.S-01-2093-DFL-PAN

14. <u>Sanford v. Walmart,</u> Case No. CIV.S-02-0206-GEB-GGH

15. <u>Wilson v. Norbreck, LLC, et al.,</u> Case No. CIV.S-04-0690-DFL-JFM

16. <u>Wilson v. Pier 1 Imports, et al.,</u> Case No. CIV.S-04-0633-LKK-CMK

17. <u>Chapman v. Pier 1 Imports, et al.,</u> Case No. CIV.S-04-1339-LKK-DAD

18. <u>Sanford v. Del Taco, Inc., et al.,</u> Case No. CIV.S-04-1337-DFL-CMK

19. <u>Eiden v. Home Depot USA, Inc., et al.,</u> Case No. CIV.S-04-0977-LKK-CMK

20. <u>Harris v. Chico Nissan, Inc., et al.,</u> Case No. CIV.S-04-1149-WBS-CMK

Dated: August 15, 2008             DISABLED ADVOCACY GROUP, APLC


                                   /s/ Lynn Hubbard, Esquire
                                   LYNN HUBBARD, III
                                   Attorney for Plaintiff

*Oliver v. Ralphs Grocery Company, et al.*, Case No. 07cv2301 JLS (POR)
Disclosure of Plaintiff's Experts, Reed Settle and Joe P. Card
Page 6

# EXHIBIT A

# C U R R I C U L U M    V I T A E

## Reed W. Settle / Architect

1339 Olive Street
Ramona, CA 92065
760.787.0005 (Voice)
760.787.5952 (FAX)
rsettle@cox.net (e-mail)

## EDUCATION

1970-1974    Arizona State University, Tempe Arizona, Bachelor of Architecture Degree
(five year professional degree), with Distinction.
1969-1970    San Diego Mesa College, San Diego, CA, Architecture program.
1966-1968    U.S. Army
1964-1965    San Diego Mesa College, San Diego, CA., Architecture program.

## ARCHITECTURAL REGISTRATIONS (Active)

| | | |
|---|---|---|
| California | C-9275 | (1978) |
| Arizona | 15001 | (1982) |
| Colorado | C-2903 | (1984) |

## PROFESSIONAL EXPERIENCE

**1978 - Present          REED SETTLE Architecture**
*Private Practice –*
- Architecture
- Planning
- Interiors
- Certified Arbitrator
- Certified Mediator
- Certified in Dispute Resolution Boards
- Expert Witness
- Real Estate Development

***Expert Witness*** –
- ADA compliance
- Construction Defect
- Water Intrusion
- Code Compliance
- Standard of Care issues
- Property Inspections and Reports
- Destructive Testing
- Errors and Omissions.

**1984-Present        Real Estate Development**
- Town-homes
- Condominiums
- Patio Homes
- Speculative single family detached homes
- Office Buildings
- Retail Shopping

## ARBITRATION AND MEDIATION PANELS

**Arbitration Mediation Conciliation Center**
    23945 Calabasas Road, Suite 208
    Calabasas, CA 91302

    Arbitrator and Mediator for the State of California Contractors State Licensing Board (CSLB). ***Actively hearing cases. Have presided in over 100 Arbitrations.***

**DeMars & Associates — CAP-Home Warranty Consumer Arbitration Panel**
    507 N. Grand Avenue, Waukesha, Wisconsin 53187-1424
    Aribitrator Panelist

**ArbitrationWorks® -**
    2045 Hallmark Drive, Sacramento CA 95825
    Arbitrator and Mediator Panelist

**Construction ADR®-**
    Excellence in resolving construction disputes
    3730 Hopyard Road, Suite 100, Pleasanton, CA 94588
    Arbitrator, Mediator and DRB Panelist

## TEACHING EXPERIENCE

1999-2000
    **University of California San Diego, Extended Studies**

San Diego, CA
*Adjunct*
***Course:***    Plan Review for New and Existing Facilities
                 Contract Documents, Specifications, Codes and Life Safety

2000
**Southwestern College**
Chula Vista, CA
*Adjunct*
***Course:***    Architectural Design Studio II

1996-1999
**The Newschool of Architecture**
San Diego, Ca.,
*Assistant Professor*
3/4 Time Faculty, Manager of CAD Lab, Develop Cad curriculum
***Courses:***    *AutoCAD (Beginning, Intermediate, Advanced)*
                  Construction Specifications
                  Construction Documents
                  Word processing
                  Spreadsheets

1993-1996
**University of Nevada Las Vegas**
College of Architecture,
*Lecturer*
Full Time Faculty
**TEACHING EXPERIENCE**

***Courses:***    Codes and Life Safety, Graduate Level
                  Construction Specifications, Graduate Level
                  Architectural Theory
                  AutoCAD (Beginning and Advanced)
                  Advanced Construction Documents (CAD), Graduate Level
                  Architectural Design Studio - 5th year, Graduate Level
                  Architectural Design Studio - 4th year

1988-1993
**San Diego Mesa College**
San Diego CA.,
*Adjunct Faculty*
***Courses:***    Construction Estimating
                  AutoCAD (Beginning and Advanced)
                  Architectural Working Drawings

1992

**San Diego Design Institute**
San Diego CA,
*Adjunct Faculty*
**Course**:       Computer Aided Design and Drafting (AutoCAD)**PROFESSIONAL
ASSOCIATIONS**

## N.C.A.R.B.
National Council of Architectural Registration Boards

## SDFCA
San Diego Forensic Consultant Association
       An Association of Distinguished Specialists in the Forensic Arts and Sciences.

## CERTIFICATIONS / PROFESSIONAL SEMINARS / CONTINUING EDUCATION:

2004  AMCC (Arbitration, Mediation, & Conciliation Center, CSLB (California
       Contractors State Licensing Board) annual training.
2004  DeMars & Associates, Ltd: Consumer Arbitration Program, training for Home
       Warranty Disputes.
2004  Assist Arbitration Mediation Conciliation Center training of California Contractors
       State Licensing Board staff members in Arbitration proceedings.
1999  ICM, Institute of Construction Management, Inc,
       **On-Site Neutral, DRB, Dispute Review Board Certificate Program**
1999  ICM, Institute of Construction Management, Inc,
       **Construction and Commercial Mediator Certificate Program**
1998  ICM, Institute of Construction Management, Inc,
       **Construction Arbitration Certificate Program**
1999  *"Specifying and Planning Advanced Home Theater & Multi-Room Audio
        Video In Depth,"* 9-Unit AIA Certified Course
1997  AUTODESK University, Los Angeles, CA
1995  AUTODESK University, San Francisco, CA
1994  *AutoCAD Functional Customization Seminar*
1994  *How to Maximize AutoCAD Performance*
1994  *Streamline Specification Writing*

## AWARDS AND HONORS

2000        Faculty Sponsor, Southwestern College: Student Winner, Lumberman's
            Design Competition; Graphic Design Award, and 3rd Place Overall.
1997        Certificate of Special Congressional Recognition,
            Congressman Robert Filner, in Recognition of Outstanding and Invaluable
            Service to the Community
1994        Faculty Sponsor, University of Nevada Las Vegas: Student Winner,
            Leading Edge Design Competition; Graphic Design Award.
1982        Award of Commendation Clinical Internship Program, Arizona State
            University

1981        Award of Commendation Clinical Internship Program, Arizona State
            University
1980        Award of Commendation Clinical Internship Program, Arizona State
            University

## SERVICE TO THE COMMUNITY

1995-2000   San Diego Grand Military Encampment - Planning Coordinator,
            1998 President
1994 -      IDP Advisor to Architectural Intern
1993 -      Fort Tejon Historical Association
1985 -      Prescott Preservation Commission
1985-1988   Chairman of the Timberridge Architectural Review Committee

## SERVICE TO THE PROFESSION

1995-Present    Steven Ladislaus Scholarship Committee Member
1992        Juror: University of Nevada Las Vegas, Greensupun School of
            Communication, Graduate Design Studio.
1987        Guest Lecturer: Yavapai College, Prescott, Arizona.
1987        Architectural Selection Committee: Yavapai College, Prescott,
            Arizona.

## PUBLICATIONS:

Profile of An Architect, *CADENCE MAGAZINE, Using AutoCAD in the
Professional Environment*, July 1988.
            Article co-authored with J. McCutcheon about the use of Leading
            Edge Technology, Computer Aided Drafting and Design, in my
            architectural office.

## CONSTRUCTION DEFECT EXPERT WITNESS WORK

**Robert Gerrard Attorney at Law**
San Diego, CA
Construction Defect-Destructive Testing          1995
Bay Summit Condominiums

**Patricia Daalgard Attorney at Law**
Carlsbad, CA


*Gregson Residence*
Construction Defect                              1994
Deposition

*Kennedy Residential Tract*
Construction Defect                                 1995

*ZML Properties*
Construction Defect                                 1997

*Hidden Valley Condominiums*
Construction Defect                                 1997

**Robert Wiggins Attorney at Law**
Santee, CA
*Wooden Residence*
Standard of Care                                   1999

*Shaffaf v*
*Ayari, dba ENVIRONMENT & SPACE DESIGNERS, Inc*
Construction Defect, Standard of Care
Trial Testimony                                    2001

**Thor Emblem Attorney at Law**
Escondido, CA
*Robert Brandt v Padre Dam Water District*
Condemnation, Highest and Best Use Issue           1997

**3 Phase Consulting**
9193 Molt River Circle
Fountain Valley CA

*Luther vs Alcapulco Cantina*
Building Code Issues                               1999

*Mouitshed vs Peters*
Constrution Defect Case                            1999

*Olsen vs Widle*
Construction Defect Case                           1999

**Dennis Jones Attorney at Law**
San Francisco, CA
*Washington Place Condo HOA vs*
*Halpert & Stevens Group*
Construction Defect Case
Deposition                                        2001

**Gary Chambers Attorney at Law**               2001
207 N. Tustin Ave

Santa Ana, CA
*Kyle Hall v Leonard Apartments*
Personal Injury Case
Trial Testimony
Architectural Expert witness-Standard of Care, Building Codes

**Byron Groves Attorney at Law**
Laguna Hills, CA 92653
Water Intrusion Issues
Destructive Testing                                             2002

**AMERICANS WITH DISABILITIES CONSULTING CASES**
**1999 - 2005**

**CENTER FOR DISABILITY ACCESS**
1022 Pennsylvania Avenue
San Diego, CA 92103

1      24 Hour Fitness,
       Chula Vista, CA
2      Lozano V Tuttle
       444 South 4th Street, El Centro, CA
3      Lopez v Strip Mall
       Perris, CA
4      Lozano v Desert Medical
       1600 S. Imperial Avenue, El Centro, CA
5      Salinas v RPD Norwalk – Sam's Burgers
       14041 Pioneer Boulevard, Norwalk, Los Angeles
6      Douglas v Best Western
       1084 Pamona Road, Corona, CA
7      DiPrima v Strip Mall
       1101 West Huntington Drive, Arcadia, CA
8      Lewis v Alpine Anaheim Vacation Park
       311 N. Beach Boulevard, Anaheim, CA
9      Goldkorn v Sheraton Hotel
       333 Universal Terrace Parkway, Universal City, CA
10     Butler v Young
       4277 Genesee Avenue, San Diego, CA
11     Metro v Subway
       127 Lakewood Center Mall, Los Angeles, CA

12    Trulock v Ramada Inn
      Victorville, CA
13    Maki v Notrica
      20226 Avalon Boulevard, Carson, CA
14    Jones v Merical Investments
      909 Yorba Linda Boulevard, Orange County, CA
15    Butler v Ikea
      2149 Fenton Parkway, San Diego, CA
16    Barker v Ikea
      2982 El Camino Real, Tustin, Ca
17    Herbert Hall v Homeowners Association
      Garden Grove, CA
18    Felix v Gomez
      15563 East Arrow Highway, Irwindale, CA
19    Moreno v Blumenburg (Subway)                    Trial
      135 Ball Road, Anaheim CA
20    Rose v Hey-Lin
      29627 S. Western Avenue, Los Angeles, CA
21    Sklar v Mushashi
      9046 Tampa Avenue, Los Angeles, CA
22    Sam's HoffbrauHause
      1751 E. Olympic Boulevard, Los Angeles, CA
23    Thompson v Polly's Pies                         Depo
      3490 Atlantic Avenue, Long Beach, CA
24    Circuit City
      Garden Grove, CA
25    Flores v Sears
      2650 Olympic Boulevard, Los Angeles, CA
26    Shimozo
      California State University, Long Beach, CA
27    Singer v Gilbreath (Ivey's Café)
      520 El Camino Real, Tustin, CA
28    Jones v Merickel Investments
      909 E. Yorba Linda Boulevard, Orange County,
      CA
29    Beaches Market
      Downey, CA
30    Sklay v Yashoufars (Pharmacy)
      1661 Ventura Boulevard, Los Angeles, CA
31    Canady v Tri Cities
      155 E. Hospitality Lane, San Bernadino County,
      CA
32    Langer v Belmont Park
      San Diego, CA
33    Eversol

18372 Clark Street, Tarzana, CA
34    McIver v Red Lion Inn
      3100 Camino Del Rio Court, Bakersfield, CA
35    Singer v Yaungsri (Spicy Thai Restaurant)
      4715 Chapman Avenue, Orange County, CA
36    Messina v San Diego Unified School District
      6702 Wandermere Drive, San Diego, CA
37    Wyatt v Love's Country Stores
      45761 Dillon Road, Coachella, Riverside County,
      CA
38    Sklar v GWP Northridge (Musashi Parking Lot)
      9046 Tampa Avenue, Northridge, CA
39    Clavo v Ralphs
      1370 Manchester Avenue, Los Angeles, CA
40    Clavo v Ralphs
      14310 Hawthorn, Hawthorne, CA
41    Kollar v Ralphs.
      1950 La Brea, Inglewood, CA
42    Kollar v Ralphs,
      5245 Centinella Avenue, Los Angeles, CA
43    Semenza v Ralphs,
      8701 Lincoln Blvd, Los Angeles, CA
44    Semenza v Ralphs,
      8824Sepulveda Bloulevard, Los Angeles, CA
45    Sklar v Lane (Shanghai Inn Restaurant)
      9006 Balboa Boulevard, Northridge, CA
46    McIver v Blackstone Dakota Partnership, Four
      Points Sheraton Hotel
      3737 Blackstone, Fresno, CA
47    Shuman v Bahia Resort Hotel
      998 West Mission Bay Drive, San Diego, CA
48    Elias v Mabek (Smoke House Restaurant)
      4420 Lakeside Drive, Burgank, CA
49    Wyatt v Loves
      # 201, Elk City, OK
      # 203, Oklahoma City, OK
      # 214, E. El Paso TX
      # 215 W, Gallup, NM
      #221 Zanesville, OH
      # 222, Richmond, IN
      # 229, Conway, TX
      # 248, Clinton OK
      Custer City, OK
      # 250, Amarillo, TX
      # 251, Geary Calumet OK
      # 253, Erick, OK

# 256, Van Horn TX
# 257, Grants, NM
# 259, Las Cruces, NM
# 261, S. Amarillo TX
#262, Tucumcari, NM
#278, Joseph City, AZ
# 282, Joplin MO
# 286, Quartzite, AZ
# 296, Gila Bend AZ
Amarillo TX
Las Cruces NM

50    Carpenter v Gardner (Coco's Restaurant)
      513 Chapman Avenue, Orange, CA
51    Langer v Craig
      3225 Midway Drive, San Diego, CA
52    Wyatt v Ralphs
      39815 Alta Murrieta Drive, Murrieta, CA

**LAW OFFICE OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926

1     El Pollo Loco,
      1710 Highland Avenue, National City, CA
2     Hubbard v Palomar Inn
      801 Palomar Street, Chula Vista, CA
3     Royal Vista Inn
      632 E. Street, Chula Vista, CA
4     Pizza Hut
      635 Beyer Way, San Diego, CA
5     Saylor v Extended Stay
      20251 Lake Forest Drive, Lake Forest, CA
6     Hubbard v Sherwin Williams
      45 N. 4th Avenue, Chula Vista, CA
7     Doran v Costco
      115 Technology Drive, Irvine, CA
8     Doran v US Gas
      23852 El Toro Road, Lake Forest, CA
9     Feezor v Comfort Inn
      719 Ash Street, San Diego, CA
10    Doran v Del Taco,
      2956 Bristol Street, Coasta Mesa
11    Hubbard V Rite Aid
      1135 Avocado Avenue, El Cajon, CA
12    Feezor v Carrows Restaurant
      915 S. Harbor Boulevard, Anaheim, CA
13    Doran v Holiday Inn
      3737 Sports Arena Boulevard, San Diego, CA

| 14 | Doran v Marie Calendars<br>23662 El Toro Road, El Toro, CA | |
| 15 | Feezor v Best Western<br>1544 South Harbor Boulevard, Anaheim CA | |
| 16 | Hubbard v Home Depot<br>4255 Genesee Avenue, San Diego, CA | |
| 17 | Jones v Rite Aid<br>5270 Balboa Avenue, San Diego, CA | |
| 18 | Hubbard v Tune Up Masters<br>National City, CA | |
| 19 | Harris v Costco<br>2345 Fenton Parkway, San Diego, CA | Depo |
| 20 | Feezor v Longs<br>3749 Avocado Blvd, La Mesa, CA | |
| 21 | Jones v Denny's<br>1610 S. Harbor Blvd, Anaheim Ca | |
| 22 | Hubbard v Carl's Jr.<br>9360 Kearny Mesa Rd, San Diego | |
| 23 | Doran v Pier 1<br>1735 Hancock St. San Diego CA | |
| 24 | Jones v Henry's Marketplace<br>1260 Garnet Ave, San Diego CA | Depo |
| 25 | Hubbard v Johnny Carino's<br>2245 Otay Lakes Road, Chula Vista CA | |
| 26 | Harris v Del Taco<br>22859 Lake Forest Road, Lake Forest CA | |
| 27 | Doran v Baker's Square<br>2110 S. Harbor Blvd, Anaheim, CA | |
| 28 | Doran v Del Taco<br>26241 Avery Parkway, Mission Viejo, CA | Depo |
| 29 | Jones v 7-Eleven<br>191 W. San Ysidro Blvd, San Ysidro CA | |
| 30 | Sanford v Del Taco<br>5900 Florin Ave, Sacramento CA | |
| 31 | Hubbard v 7-Eleven<br>2400 Highland Ave, National City, CA | |
| 32 | Doran v 7-Eleven<br>1001 N. Harbor Blvd, Anaheim, CA | |
| 33 | Feezor v. 7- Eleven<br>285 Broadway, Chula Vista, CA | |

**LAW OFFICE OF DAVID GEFFEN**
2218  Main Street, Penthouse B
Santa Monica, CA

| | | |
|---|---|---|
| 1 | Wilson v Willow Tree Lodge | |
| | 1015 S. Harbor Boulevard, Fullerton, CA | |
| 2 | Rehhaut v Strawberry Festival | |
| | Ventura County, CA | |
| 3 | Sadie v Kritz | |

**DELAWIE WILKES RODRIGUES BARKER**
2265 India Street, San Diego, CA
   Pechanga Entertainment Center, Temecula, CA   Defense

**Vaquero** Restaurant and Sports Bar   Defense
Los Angeles, CA

**LAW OFFICES OF PAUL E. SMITH**
Smith v Ross Stores, Inc
11850 Carmel Mountain Road, San Diego, CA

**ROBERT GUMSER, ATTORNEY AT LAW**   Defense
Langer v Hagio
2531 South Coast Highway, Cardiff, CA

**LAW OFFICE OF FRANCO SIMON**   Defense
Jones v Shah
3433 East University Avenue, San Diego, CA

**CRUZ | MONROE**   Defense
1611-1665 Rancho Santa Fe Road, San Marcos, CA

8/16/05

# EXHIBIT B



**JPC CONTRACTING**

2485 Notre Dame Blvd
Suite 370, PMB 147
Chico, CA 95928
(530) 521-1900

## JOE PAUL CARD ❖ CURRICULUM VITAE
jpccontracting@sbcglobal.net

❑    Construction Expert Witness
❑    ADA Title 24 Disabled Access Expert Witness

1978        **Heritage Heating**
1981        *Job Description:*

- Electrical
- Plumbing
- Photovoltaic
- Hydronics
- HVAC
- Masonry
- Framing
- Concrete
- Solar Heating
- Geothermal (heating & cooling)
- Wood stove heating

1981        **Manhattan Furniture**
1983        *Job Description:*

- Building & Truck Maintenance
- Computer Confirmation
- Furniture Repair
- Fabricate Forklift Man Lift
- Fabricate Transport Carts

1983        **American Solar**
1986        *Job Description:*

- V.P. Operations
- Domestic Hot Water Heating
- Solar Swimming Pool
- Precooling AC Condensing
- Electrical
- Plumbing

Curriculum Vitae - Joe Paul Card
Page 2 of 10

May 2007

---

- Thermostat Installation

1986
1988

**E.C. Thomas Construction**
**J.E. McAmis, Inc.**
**Gilbert Industries**
*Job Description:*

- Heavy Equipment Operation
- Underground
- Surveying

1988
1989

**De Air Company**
*Job Description:*

- HVAC Installation

1989
1992

**Bill Heating**
*Job Description:*

- HVAC Installation
- Rain Gutter Installation

1992
1994

**Oak Connections**
*Job Description:*

- V.P. Operations
- Custom Design
- Sales
- Manufacturing

1994
1996

**JPC Enterprises**
*Self-Employed*

- Mobile Welding
- Restaurant Maintenance
- General Repair

1996

- B-General Building Contractor
- HIC-Home Improvement Certification
- C61 D21-Machinery and Pumps
- C51-Structural Steel

- California Code Credential
- CALBO Certified

California Building Officials Training Institute
Courses completed:

- State Laws
- California Code/T24
- Disable Access-Special Topics
- CA Occupancies-Types of Construction
- Case preparation/Expert Witness
- Non-Residential Disabled Access
- Legal Aspects and the building dept.
- Over the counter plan check
- State laws enforced by the building departments
- 1997 UBC Basic Means of Egress
- ICC 2003 IBC Transition from the 1997 UBC

Since 1996 when I began working with ADA and Title 24 in regards to disabled access, I have been performing consulting and expert witness work as well as site retrofits. Also work hand-in-hand with a state licensed architect to develop site specific design plans for the removal of architectural barriers.

I also work with building officials and plan checker in regards to ADA and Title 24.

- City of Sacramento
- City of Citrus Heights
- City of Roseville
- City of Williams
- City of Redding

Agencies and materials I refer to:

- DSA Division of the State Architect
- ADA Hotline
- Department of Justice
- Department of Transportation
- American's With Disabilities Act
  Accessibility Guidelines for Buildings and Facilities (ADAAG)
- 2001 California Building Code
  California Code of Regulations, Title 24, Part 2, Volume 1
- Access Compliance Reference Manual
  Statutes, Title 24 Regulation, Policies, and Official Comments
  (edited by Michael J. Manken, AIA Manager, Access Compliance)
- CALDAG – An Interpretive Manual
  (published by MPG Publishing Company)

- MEANS-ADA Compliance Pricing Guide
  (published by R.S. Means Company, Inc.)
- CALBO California Non-Residential Access Regulations
- CARM California Accessibility Reference Manual
- 2003 CALBO Manual

## Sites Consulted On

**Zehnder Trust**                                 **7 sites**
**13 Williamsburg Lane**                          **Consulting**
**Chico, CA 95928**                               **Disabled Access**

Taco Bell, East 20th, Chico CA
Taco Bell, East Avenue, Chico CA
Taco Bell, Broadway, Chico CA
Taco Bell, Esplanade, Chico CA
Market Street Taco Bell, Redding, CA
Taco Bell, 1020 Old Alturas Road, Redding
Taco Bell, Hilltop Drive, Redding, CA


**Foods North LLC**                               **11 sites**
**2908 Innsbruck Drive**                          **Consulting**
**Redding, CA 96003**                             **Disabled Access**

710     132 Belle Mill Road, Red Bluff CA
712     6360 Westside Road, Redding CA
783     1631 Imola Avenue, Napa CA
7004    35 Rowland Way, Novato CA
7007    183 Lake Blvd., Redding CA
7008    1385 Churn Creek Rd., Redding CA
7123    1868 Fort James Rd., Yreka CA
7146    3160 S Broadway., Eureka CA
7147    4900 Valley West Blvd., Arcata CA
7168    1800 Eureka Way, Redding CA
7532    300 S Vann Street, Williams CA


**Santabell Inc.**                                **6 sites**
**PO Box 2180**                                   **Consulting**
**Fair Oaks, CA 95628**                           **Disabled Access**

Taco Bell, 3820 Northgate, Sacramento CA
Taco Bell, 342 Sunrise Blvd., Roseville CA
Taco Bell, 6440 Antelope, Citrus Heights, CA
Taco Bell, 2434 Del Paso Blvd., Sacramento, CA
Taco Bell 7815 Greenback, Citrus Heights, CA
Taco Bell 1580 El Camino, Sacramento, CA

**Laing Constructions**
**PO Box 991057**
**Redding, CA 96003**

**1 site**
**Consulting**
**Disabled Access**

Shasta Street Project, 1880 Shasta Street, Redding, CA


**Pagliero & Saunders**
**James Pagliero**
**PO Box 214389**
**Sacramento, CA 95821-0389**

**4 sites**
**Def/Consulting**
**Disabled Access**

Taco Bell, 460 Broadway, Chico, CA
Taco Bell, 5859 Clark Road, Paradise, CA
Taco Bell, 395 Feather River Blvd, Paradise, CA
Taco Bell, 1220 Market, Redding, CA 96001


**Hewitt & Prout**
**980 Ninth Street, Suite 1750**
**Sacramento, CA 95814**

**1 site**
**Def/Consulting**
**Disabled Access**

Doran v. Taco Bell Corp. & Lynn Rich, Inc.
395 Oro Dam Blvd., Oroville, CA


**Geary, Shea, O'Donnell & Grattano**
**John A. Holdredge**
**37010 Courthouse Square, Fourth Floor**
**Santa Rosa, CA 95402**

**1 site**
**Def/Consulting**
**Disabled Access**

Uhls v. Eateries, Inc. et al.
6099 Madison Avenue, Sacramento, CA


**Bradley, Curley, Asiano, McCarthy**
**Martin D. Murphy**
**1100 Larkspur Landing Circle, Suite 200**
**Larkspur, CA 94939**

**1 site**
**Def/Consulting**
**Disabled Access**

451 Oro Dam Blvd., Oroville, CA
Re: Steve Eiden vs. Pizza Hut of American Inc.


**Pac Pizza**
**Bruce McKinnon**
**220 Porter Drive, Suite 100**
**San Ramon, CA**

**1 site**
**Def/Consulting**
**Disabled Access**

3150 Jefferson Street, Napa, CA 94558

**Lynn Hubbard**
**12 Williamsburg Lane**
**Chico, CA 95926**

**Plaintiff/Consulting**
**Specific Site Designs**
**Cost Analysis**

1.  Sanford v. Thrifty Payless (Rite Aid), 4980 Freeport Blvd., Sacramento, CA
2.  Dodson v. Carl's Jr., 8395 Folsom Blvd., Sacramento, CA
3.  Uhls vs. Office Max, 6241 Sunrise Blvd., Citrus Heights CA
4.  Loskot vs. USA Gas, 1233 Hilltop Drive, Redding, CA.
5.  Tri Counties Bank, 2171 Pillsbury, Chico, CA.
6.  Dodson vs. Burger King
7.  Dodson v. Taco Bell, 5919 Stockton Blvd., Sacramento CA 95820
8.  James Sanford v. Starbucks Corp.
9.  Jerry Doran and Louis Uhls v. Donahue Schriber Realty Group
10. Hooper v. Arby's, 5845 Madison Avenue, Sacramento CA
11. Jo Ann Peters v. Factory 2U Store, 8031 Watt Avenue, North Highlands, CA
12. Burger King, 5150 Stockton Blvd., Sacramento, CA
13. O'Campo v. Rite Aide, 220 West East Avenue, Chico, CA
14. Wilson v Splitfire Grill, 70 Orange Tree Circle, Vacaville, CA
15. Sanford v. Home Depot, 8000 Folsom, Sacramento, CA
16. Doran vs. Natomas Marketplace, Truxel Road/Highway 80, Sacramento CA
17. Lawrence James McIver v. Harnich Atwall dba Mountain Mike's Pizza,
    6745 Watt Avenue, Sacramento, California
18. Wilson v. Nimbus Spaghetti Restaurant, Inc.
19. James Sanford v. Carl's Jr., Downtown Plaza.
20. Dodson v. Rite Aid, 5610 Stockton Blvd., Sacramento CA
21. Hooper v. Rite Aid, 7860 Gerber, Sacramento CA
22. Bates v. Rite Aid, 6646 Clark Road, Paradise, California
23. Martinez v. Jimboys, 5615 Franklin Blvd., Sacramento, CA
24. Martinez v. Rite Aid, 832 K Street, Sacramento, CA
25. Peter v. Winco, 4137 Elverta Road, Antelope, California
26. Jimboy's Tacos, located at 301 E Street, Marysville, California
27. Jim Boys Tacos, 5085 Stockton Blvd., Sacramento CA
28. USA Mini Mart, 1233 Hilltop Drive, Redding CA
29. UHLS v. Marshall et al.
30. Pickern v. Tri Counties Bank, 2171 Pillsbury, Chico, CA.
31. Willis vs. KFC, Paradise CA
32. Peters v. Tune-up Masters, 2440 Fulton Avenue, Sacramento CA
33. Dodson v. Burger King, 5150 Stockton Blvd., Sacramento, CA
34. Sanford v. Wal-Mart, 10655 Folsom Blvd., Rancho Cordova, CA
35. Sanford v. Marie Callender's, 3129 Arden Way, Sacramento, CA
36. Sanford v. Tune-up Masters, 2820 P Street, Sacramento, CA
37. Saylor v. Wells Fargo, 1532 El Camino, Sacramento, CA
38. O'Campo v. Rite Aid Corp. Town & Country et al.
39. Wander v. Kaus
40. Peters v. Rite Aid, 2419 Del Paso, Sacramento, CA
41. Doran v. Holiday Inn, 374 Ruggieri Way, Williams, CA
42. Sanford v. Oak Furniture, 1100 Richards Blvd., Sacramento, CA
43. Wikes v. Winco, 2060 E. 20th Street, Chico, CA

44. Sanford v. Amalgamated Transit Union, 3015 O Street, Sacramento, CA
45. Palmer v. ARCO, Fairfield, CA
46. Able v. Rite Aid, Corning, CA
47. Sanford v. USA Bank, 1001 Alhambra, Sacramento, CA
48. Eiden v. USA Mini Mark, 2014 OroDam Blvd., Oroville CA
49. White v. Kwik Serv, 2405 OroDam Blvd., Oroville CA
50. Chapman v. Sutter Davis Hospital, 2000 Sutter Place, Davis, CA
51. Feezor v. USA Gas, 1021 South Street, Orland, CA
52. White v. Best Western, 2165 South Street, Corning, CA
53. Martinez v. Burger King, Sacramento, CA
54. White v. Taco Bell, 2189 Solano Street, Corning, CA
55. Doran v. Taco Bell, 1301 Westwood Street, Willows, CA
56. White v. Bartel Giant Burger, 22355 Corning Road, Corning, CA
57. Pickern V. Pier One, 1931 E. 20th Street, Chico, CA
58. Feezer v. Goodnite Inn, 25 Howe Avenue, Sacramento, CA.
59. White v. Red Lobster, 1345 Dana Drive, Redding, CA.
60. Eiden v. Rite Aid, 222 Oro Dam Blvd., Oroville, CA.
61. White v. Olive Garden, 1025 Dana Drive, Redding, CA.
62. Feezer v. Bel Air, 1570 W. El Camino, Sacramento, CA.
63. Martinez v. Broadstone, Inc., Folsom, CA.
64. Feezer v. Taco Bell, 631 10th Street, Marysville, CA.
65. White v. Frank's Beacon, 2301 Oro Dam Blvd., Oroville, CA.
66. Chapman v. Black Angus, 124 Plaza Drive, Vallejo, CA.
67. Doran v. USA Gas, 1185 Hoff Way, Orland, CA.
68. Jones v. Carl's Jr., 1385 Churn Creek Road, Redding, CA.
69. White v. KCS Chevron, 14361 Holiday Road, Shasta, CA.
70. White v. Food Maxx, 1330 Churn Creek Road, Redding, CA.
71. White v. Cinemark, 1410 Whyler Avenue, Yuba City, CA.
72. White v. Johnny Carino's, 1640 Gateway Court, Fairfield, CA.
73. Wilson v. IHOP, 1401 E. Monte Vista Avenue, Vacaville, CA.
74. Doran v. Super 8, 140 E. Hillcrest, Auburn, CA.
75. Wilson v. Pier 1, 1545 Holiday Lane, Fairfield CA.
76. Sanford v. Kelly Moore Paints, 6531 Folsom Blvd., Sacramento, CA.
77. Loskot v. Sears, 1403 Hilltop Drive, Redding, CA.
78. Sanford v. Del Taco, 2200 Arden Way, Sacramento, CA.
79. Harris v. Chico Nissan, 575 Manzanita Avenue, Chico, CA.
80. Sanford v. Red Lobster, 1400 Howe Avenue, Sacramento, CA.
81. White v. River Mart, 222 Jibbon, Sacramento, CA.
82. Peters v. Factory 2-U, 8031 Watt Avenue, Sacramento, CA.
83. Eiden v. Home Depot, 2850 Notre Dame Blvd., Chico, CA
84. Martinez v. Home Depot, 1461 Meadowview Road, Sacramento, CA.
85. Jones v. Dollar Tree, 3615 Northgate Blvd., Sacramento, CA.
86. Dodson v. Dollar Tree, 5101 Fruitridge, Sacramento, CA.
87. Jones v. Taco Bell, 2891 Zinfandel Drive, Rancho Cordova, CA
88 Sanford v Honda of Sacramento, 8672 W.Stocton Blvd., Elk Grove,CA.
89. Marinez v Petsmart 7923 E Stocton Blvd Elk Grove Calif
90. Jones v Holiday Inn, 11131 Folsom Blvd,Rancho Cordova, CA.

Curriculum Vitae - Joe Paul Card                                      May 2007
Page 8 of 10

**Singleton Law Group**                              **1 site**
**Robert Kilby**                                     **Plaintiff**
**1755 E. Plumb Lane, #255**
**Reno, NV 89502**


Park Inn Hardman House, 917 North Carson Street, Carson City, NV 89701

**Jason K. Singelton**
**Singleton Law Group**
**611 L Street, Suite A**
**Eureka, CA**

Riker v. Reading Theater, Inc., et al., 2508/2510 Land Park Drive, Sacramento, CA

Joe Bohl v. The Brothers' Place, 888 Emerald Bay Road, South Shore, Lake Tahoe,
     CA

Hohlbein v. TRS Kwik Mart, Inc., et al., USDC Easter Dist. of CA, Case #2:05-CV-
     01845-LKK-DAD

Miller v. Northeaster Rural Health Clinics, USDC Eastern Dist. of CA, Case #2:05-
     CV-01827-DFL-KJM

Jeff Hohlbein v. Triple Investment Company, Inc., Case #2:05-CV-02637-MCE-
     GGH

**Keene & Deems, LLP**                              **1 site**
**Michael R. Deems**                                **Plaintiff**
**1550 Humboldt Road**
**Chico, CA 95928**

1295 Bille Road, Paradise, CA
Feather River Hospital, Paradise, CA.

**Halkides, Morgan & Kelley**                       **3 site**
**833 Mistletoe Lane**                              **Plaintiff**
**Redding, CA 96002**

Nugent v. Executive Land Owner Association, Butte County Superior Court Case
     #12872
Kelly v. Dan Gamle R.V., Shasta County Superior Court Case #154784
Stack v. Kalsbeek Properties, Shasta County Superior Court Case #154076

**Trials (Testified as an Expert):**

Dodson v. Burger King, et al. Case No. CIV.S-02-0258 WBS GGH
Loskot v. USA Gasoline Corporation Case No. CIV.S-01-2125 WBS JFM
Wilson v. Nimbus Spaghetti Restaurant Case No. CIV. S-02-0992 GEB JFM
Dodson v Dollar Tree Stores INC Case No.  CIV.S. 04-1068 MCE CMK
Wilson V Norbreck,LLC,et al  Case No. CIV.S 04-0690 DFL JFM

## Trials (appeared for did not have an opportunity to testify)

Harris V Chico Nissan INC. Case No.    CIV S 04-1149 WBS PAN
White V Cinemark USA INC  Case  No.    CIV. S 04-0397 GEB KJM

## Depositions (Deposed as Expert):

1.   Loskot v. Tower Energy Group, Inc. Case No. CIV.S-00-872 GEB PAN
2.   Doran v. Tower Energy Group, et al. Case No. CIV.S-00-1064 FCD GGH
3.   Sanford v. Rite Aid, et al. Case No. CIV.S-02-0480 MCE JFM
4.   Dodson v. Rite Aid, et al. Case No. CIV.S-02-2625 WBS GGH
5.   Martinez v. Rite Aid, et al. Case No. CIV.S-02-0745 MCE JFM
6.   Hooper v. Rite Aid, et al. Case No. CIV.S-02-2614 WBS JFM
7.   Sarah Bate v. Rite Aid. Case No. CIV.S-02 1487 LKK DAD
8.   Donald Wilson v. Nimbus Spaghetti Restaurant. Case No. CIV.S-02-0992
     GEB JFM
9.   Saylor v. Wells Fargo Bank. Case No. CIV.S-02-0262 FCD JFM
10.  Able v. Rite Aid. Case No. CIV.S-02-2114 GEB DAD
11.  Sanford v. US Bank. Case No. Civ.S-02-2642 DIL PAN
12.  04/15/2003 O'Campo v. Rite Aid. 02-0511 – Depo of Joe Card w/Duensing
     Depo, 2840 Cohasset Road, Chico.
13.  8/11/2003 McIver v. Mt. Mikes. Depo of Joe Card w/James Curran @
     Duensing Depo, 2840 Cohasset Road, Chico.
14.  09/04/2003 Sanford v. Wal-Mart. Depo of Joe Card @ Metro, 1331 Garden
     Hwy., Suite 350, Sacramento.
15.  10/02/2003 O'Campo v. Rite Aid. 02-0511 – Depo of Joe Card @ Price and
     Brown, 466 Vallombrosa Avenue, Chico.
16.  10/02/2003 O'Campo v. Rite Aid. 02-0511 – Depo of Joe Card, Duensing
     Depo, 2840 Cohasset Road, Chico.
17.  Wilson v. Johnny Carino's. Case No. CIV.04-0690 DFL JFM
18.  Wilson v. Pier 1 Imports (U.S.) Inc.: Mellon/Pier 1 Properties Limited
     Partnership I. Case No. CIV.-04-0633 LKK CMK (Short name Wilson v.
     Pier 1 Imports, et al.)
19.  Chapman v. Pier 1 Imports (U.S.) Inc. dba Pier 1 Imports #1132; R/M
     Vacaville LTD. Case No. CIV.S-04-1339 LKK DAD (Short name Chapman
     v. Pier 1 Imports, et al.)
20.  Sanford v. Del Taco, Inc. dba Del Taco #140; Yutaka Miura and Mary Miura.
     Case No. 04-1337 DFL CMK (Short name Sanford v. Del Taco, Inc., et al.)
21.  Eiden v. Home Depot USA Inc. Case No. CIV.S-04-0977 LKK CMK.
22.  Harris v. Chico Nissan, Inc. Case No. CIV.S-04-1149 WBS CBK.

My hourly rates: $175 consulting site design; $275 deposition; $325 court time. Business
hours are 8 A.M. – 5 P.M., M-F. After hours, rate doubles.

Curriculum Vitae - Joe Paul Card
Page 10 of10

May 2007

Joe P. Card
JPC Contracting

# Joe P Card

Digitally signed by Joe P Card
DN: CN = Joe P Card, C = US, O = JPC Contracting, OU = Owner
Date: 2007.05.22 15:36:30 -07'00'