1  Robert P. Lowell, Esq. - State Bar No. 030547
   **LOWELL & ROBBIN**
2  Attorney at Law
   707 Broadway, Suite 1800
3  San Diego, California 92101-5314
   Tel. (619) 236-1142
4  Fax (619) 233-0700

5  **Attorney for** Defendant CYPRESS CREEK CO., L.P., dba PTC INVESTMENTS COMPANY

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9

10

11  A. J. OLIVER,                          ) Case No.  07 CV 2301 JLS (POR)
                                           )
12          Plaintiff,                     )
                                           )
        vs.                                ) **DEFENDANT CYPRESS CREEK CO., LP
13                                         ) DBA PTC INVESTMENT COMPANY'S
                                           ) REBUTTAL EXPERT DISCLOSURE**
14  RALPHS GROCERY COMPANY dba FOOD 4      )
    LESS #780; CYPRESS CREEK CO., LP dba PTC )
15  INVESTMENTS COMPANY,                   )
                                           )
16          Defendants.                    )
                                           )
17  _____ )

18          Pursuant to Paragraph 2 of the Court's Scheduling Order Regulating Discovery and Other Pretrial

19  Proceedings dated May 19, 2008, Defendant CYPRESS CREEK CO., LP, doing business as PTC

20  INVESTMENTS COMPANY, discloses the following rebuttal expert and opinions:

21          1.      John C. Ziebarth, AIA
                    Ziebarth Associates, Inc.
22                  2900 Fourth Avenue, Suite 204
                    San Diego, CA  92103
23                  Telephone:  (619) 233-6450

24

25

26

27

28

                                    1
    DEFENDANT CYPRESS CREEK CO., LP DBA PTC INVESTMENT COMPANY'S REBUTTAL EXPERT
    DISCLOSURE

2.     Mr. Ziebarth will be called upon to testify to opinions and issues described in the summary of anticipated rebuttal testimony, attached hereto as Exhibit "A" and incorporated herein by this reference, in rebuttal of evidence identified by Plaintiff's experts.

3.     Attached hereto as Exhibit "B" and incorporated herein by this reference is a true and correct copy of Mr. Ziebarth's curriculum vitae which sets forth Mr. Ziebarth's qualifications as a rebuttal witness to Plaintiff's experts.

4.     Mr. Ziebarth's fee is $250.00 per hour for depositions and for trial.

Respectfully submitted,

DATED: August 28, 2008                    LOWELL & ROBBIN


By:  /s/ Robert P. Lowell
     Robert P. Lowell
     Attorneys for Defendant CYPRESS CREEK
     CO., L.P., a Delaware limited Partnership, doing
     business in California as PTC INVESTMENTS
     COMPANY

2

## SUMMARY OF ANTICIPATED REBUTTAL TESTIMONY

### JOHN ZIEBARTH, AIA

John Ziebarth, AIA, will provide testimony that rebuts the trial testimony of Reed Settle, Joe P. Card and other Plaintiff's witnesses, as such testimony relates to Plaintiff's allegations that the following barriers exist at the Shopping Center which is the subject of this litigation:

1) The tow away signage provided at the facility is incorrect;

2) The signage in the van accessible stall is incorrect;

3) There is no stop sign painted on the pavement where the accessible route crosses the vehicular way; and

4) There are no detectable warnings where the accessible route crosses the vehicular way.

**EXHIBIT "A"**

3

DEFENDANT CYPRESS CREEK CO., LP DBA PTC INVESTMENT COMPANY'S REBUTTAL EXPERT DISCLOSURE

**John C. Ziebarth, AIA--Principal**

| Education | | | |
|---|---|---|---|
| | Master of Arts / Architecture | University of Utah | 1976 |
| | Bachelor of Arts / History | University of Utah | 1974 |
| | Associates of Arts / Accounting | University of Utah | 1973 |

**Registration**    California State Architectural License #013550    1982
Arizona State Architectural License #31292 1997

**Experience**

1992-    Principal, **Ziebarth Associates Inc**. Architecture & Planning, San Diego, CA

1986-1992    Principal, **Oremen Associates**, San Diego, CA

In charge of commercial and Naval projects with focus on client management, design, and discretionary government reviews, including EIRs, overall project management, and value engineering.  Shared responsibility in management of office and office standards.

1985-1986    Programming Team Manager, **Donald J. Reeves & Associates**, San Diego, CA

Project Team Leader for Los Angeles Federal Center Design-Build Program and Project Architect for design and construction documents on two condominium projects.

1983-1985    Project Architect, **Hendrick & Mock Architects**, San Diego, CA

Responsible for design, construction documents, and construction administration on a variety of projects including hotel, high-rise housing barracks ($15 million project), church, office building, and various Navy projects.

1982-1983    Designer/Draftsman, **Frederick J. Meyer Architect & Associates**, SD, CA

Worked on single family residential, condominium, and light manufacturing projects.

1976-1978    Project Manager and Designer, **Peace Corps**, Benin, West Africa

Responsible for design and construction of all primary and secondary educational facilities and for the UNESCO Headquarters.

**Community Service**

Airport Technical Advisory Committee for San Diego Airport Land Use Commission
City of San Diego Citizen Advisory Committee on the Zoning Code Update
City of San Diego Code Monitoring Team
City of San Diego Technical Advisory Group
City of Chula Vista Development Services Continuing Improvement Committee
AIA Urban Design Committee
St. Augustine High School Facility Committee
Former Member City Manager's Workshops on Process 2000
Former Member of AIA Task Force on Planning
AIA Built Educational Environmental Program
Former Director of Ilan Lael Art Foundation

P R I N C I P A L   I N V O L V E M E N T

**EXHIBIT "B"**