| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA** | FOR COURT USE ONLY |
| **Title of Case (Abbreviated)**<br>A. J. Oliver v. Ralphs Grocery Company dba Food for Less #780 | |
| **Attorney(s) Names and Address and Telephone**<br>Robert P. Lowell, Esq.  (SBN: 030547)<br>LOWELL & ROBBIN<br>707 Broadway, Suite 1800<br>San Diego, CA 92101-5314<br>Tel: (619) 236-1142<br>Fax: (619) 233-0700<br>E-Mail: rpl@lowell-robbin.com | |
| **Attorney(s) For Defendant:** CYPRESS CREEK CO., L.P., dba PTC INVESTMENTS COMPANY | **Case Number:** 07 CV2301 JLS (POR) |

## DECLARATION OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Lowell & Robbin, 707 Broadway, Eighteenth Floor, San Diego, California  92101-5314.

On August 28, 2008, I served the following document(s):

**DEFENDANT CYPRESS CREEK CO., LP DBA PTC INVESTMENT COMPANY'S REBUTTAL EXPERT DISCLOSURE**

on the parties listed below as follows:

> Lynn Hubbard III
> Scottlynn J. Hubbard IV
> LAW OFFICES OF LYNN HUBBARD, III
> 12 Williamsburg Lane
> Chico, CA 95926
> Tel: (530) 895-3252
> Fax: (530) 894-8244
> E-Mail: usdcso@hubslaw.com
> **Attorneys for Plaintiff**

Michael Chilleen
Greenberg Traurig LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Tel: (949) 732-6500
Fax: (949) 732-6501
E-Mail: chilleenm@gtlaw.com
**Attorney for Defendant Ralph's Grocery Company**

☒  **By e-mail** by personally transmitting a true copy thereof to the e-mail addresses set forth above.

☒  **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Diego, California.

☐  **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

☐  **By Federal Express** or overnight mail.

☐  *(State)*   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  *(Federal)*   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008, at San Diego, California.

/s/ Sally E. Bowlby
SALLY E. BOWLBY